B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

IN RE: **Sand Hill Foundation, LLC**  Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bass Drillling, Inc.<br>c/o David Lacy Pybus<br>Preis & Roy<br>601 Poydras, Suite 1700<br>New Orleans, LA 70130 | | Pending Action | Contingent<br>Unliquidated<br>Disputed | **$3,950,924.00** |
| Rycar Investments, LLC<br>620 State Highway 87 North<br>Center, TX 75935 | | Mortgage Loan | | **$2,522,646.65**<br>**Value: $50,000.00** |
| Sabine State Bank & Trust Co., Inc.<br>PO Box 670<br>Many, LA 71449 | | Mortgage Loan | | **$2,268,134.55**<br>**Value: $97,812.76** |
| J. Gregg Pritchard, Plan Trustee<br>c/o Patrick Kelley<br>Ireland, Carrol & Kelley, PC<br>6101 S. Broadway, Suite 500<br>Tyler, TX 75703 | | Pending Action | Contingent<br>Unliquidated<br>Disputed | **$782,974.18** |
| Little Nut Oil Co.<br>344 Klondike St.<br>Carthage, TX 75633 | | Trade Debt | | **$338,709.60** |
| Internal Revenue Service<br>Ogden, UT84201-0039 | | 941 Taxes | | **$174,651.15** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:  **Sand Hill Foundation, LLC**                              Case No.

                                                                              Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Evergreen Tank Solutions<br>PO Box 840600<br>Dallas, TX 75284-0600 | | Trade Debt | | $109,652.78 |
| Cudd Pressure Control, Inc.<br>c/o William R. Sudela<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019 | | Pending Action | *Contingent*<br>*Unliquidated*<br>*Disputed* | $81,575.00 |
| Fluid Disposal Specialties, Inc.<br>PO Box 2850<br>Ruston, LA 71273-2850 | | Trade Debt | | $81,104.84 |
| Waukesha-Pearce Industries, Inc.<br>3106 Hwy 42 N<br>Kilgore, TX 75662 | | Trade Debt | | $79,301.12 |
| G&K Services Co.<br>PO Box 2131<br>Coppell, TX 75019-8131 | | Pending Action | *Contingent*<br>*Unliquidated*<br>*Disputed* | $70,000.00 |
| Panola County Tax Office<br>110 S. Sycamore, Toom 211<br>Carthage, TX 75633 | | Prsonal Property Taxes | | $63,353.30 |
| Panola County Tax Office<br>110 S. Sycamore, Toom 211<br>Carthage, TX 75633 | | Personal Property Taxes | | $60,867.99 |

B4 (Official Form 4) (12/07)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

IN RE: **Sand Hill Foundation, LLC**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| White Shaver, PC<br>205 W. Locust<br>Tyler, TX 75702 | | Attorney Fees | | $57,181.50 |
| Scott Construction Equipment Co.<br>PO Box 7827<br>Shreveport, LA 71137-7827 | | Trade Debt/Pending Action | | $53,177.03 |
| CCLA, L.L.C.<br>Attn: Clay Keath<br>PO Box 3223<br>Lufkin, TX 75903 | | M&M Lien | *Contingent*<br>*Unliquidated*<br>*Disputed* | $50,500.00<br>**Value: $0.00** |
| Galyean Equipment Co., Inc.<br>PO Box 1686<br>Henderson, TX 75653-1686 | | Trade Debt | | $49,848.59 |
| Shreveport Mack Sales, Inc.<br>PO Box 5857<br>Bossier City, LA 71171 | | Trade Debt | | $49,728.92 |
| Hertz Equipment Rental Corp.<br>Attn. Wendy, Acc. Rep.<br>PO Box 650280<br>Dallas, TX 75265-0280 | | Trade Debt | | $45,652.97 |
| Omni Industrial Solutions LLC<br>7031 Bryce Canyon Ave.<br>Creenwell Springs, LA 70739 | | Trade Debt | | $41,659.73 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

IN RE: **Sand Hill Foundation, LLC**  Case No.

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **President** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **05/25/2010**  Signature: **/s/ Delicia Eaves**
*Delicia Eaves*
**President**