IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SAND HILL FOUNDATION, LLC, | § | CASE NO. 10-90209 |
| | § | |
| SAND HILL PANOLA SWD #2 LLC, | § | CASE NO. 10-90210 |
| | § | |
| SAND HILL PANOLA SWD #5 LLC, | § | CASE NO. 10-90211 |
| | § | |
| Debtors | § | Chapter 11 |
| | § | Joint Administration Request |

## DEBTOR'S EXPEDITED MOTION
## FOR JOINT ADMINISTRATION OF CASES

**NO HEARING WILL BE CONDUCTED ON THIS MOTION/ OBJECTION/APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE SRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW each of the above-referenced debtors (collectively, the "Debtors") and seeks joint administration of their above-captioned bankruptcy cases (collectively, the "Cases") under the same number established for SAND HILL FOUNDATION, LLC, which is the lowest number, in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015(b) of the Local Bankruptcy Rules.

1

**Background**

1. On May 25, 2010 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to § 1107(a) and **§** 1108 of the Bankruptcy Code.

3. No request for the appointment of a trustee or examiner has been made in the Debtors' chapter 11 cases and no committees have been appointed or designated.

4. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. **§§** 157 and 1334. This is a core proceeding under 28 U.S.C. **§** 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. **§§** 1408 and 1409.

**Relief Requested**

5. By this Motion, the Debtors seek the join t administration of the Cases for procedural purposes only, pursuant to FED. R. BANK. P. 1015(b)(4), which provides:

> If a joint petition or two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court may order a joint administration of estates.

6. The Debtors are "affiliates" as that term is defined in 11 U.S.C. § 101(2). Accordingly, this Court is authorized to grant the relief requested herein.

7. The Debtors submit that these Cases should be administered jointly, as joint administration will eliminate the need for duplicative notices, motions, applications and orders, and thereby save considerable time and expenses and for the Debtors in their estates.

8. The Debtors request that the above-styled separately filed cases be jointly administered under the name and case number of Sand Hill Foundation, LLC (which is the lowest case number) for all administrative purposes including, but not limited to, the

establishment of a single docket sheet, a single matrix, a single service list, the appointment of a single creditors' committee, and the filing of a single disclosure statement and plan.

9. The rights of the respecting creditors of the Debtors will not be adversely affected by the proposed joint administration of these Cases. In fact, the rights of all creditors will be enhanced by the reduced costs that will result from the joint administration of these Cases. The Court will also be relieved of the burden of entering duplicative orders and maintaining redundant files. Finally, supervision of the administrative aspects of these chapter 11 cases by the Office of the United States Trustee will be simplified. Thus, the Debtors submit that the joint administration of these Chapter 11 cases is in their best interests, as well as in the best interests of their creditors and other parties in interest.

WHEREFORE, PREMISES CONSIDERED, the Debtors respectfully request entry of an order granting the relief requested herein and granting the Debtors such other and further relief, both at law and in equity, as is just.

Dated: June 1, 2010.

Respectfully submitted,

OPPEL, GOLDBERG & WILLIAMS, P.L.L.C.

By: */s/ Jeffrey Wells Oppel*
    Jeffrey Wells Oppel
    TSBN 15291800
1010 Lamar Suite 1420
Houston, TX 77002
(713) 659-9200
(713) 659-9300 (Fax)

ATTORNEYS FOR DEBTORS
SAND HILL FOUNDATION, LLC,
SAND HILL PANOLA SWD #2 LLC,
AND SAND HILL PANOLA SWD #5 LLC

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 1st day of June, 2010, true and correct copies of the foregoing instrument were served on all parties on the attached service list by first class US mail, postage prepaid. Service on known Filing Users will automatically be accomplished through Notice of Electronic Filing as contemplated by this Court's Administrative Procedures for Electronic Filing.

                        */s/ Jeffrey Wells Oppel*
                        Jeffrey Wells Oppel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SAND HILL FOUNDATION, LLC, | § | CASE NO. 10-90209 |
| SAND HILL PANOLA SWD #2 LLC, | § | CASE NO. 10-90210 |
| SAND HILL PANOLA SWD #5 LLC, | § | CASE NO. 10-90211 |
| Debtors | § | Chapter 11 |
| | § | Joint Administration Requested |

**SERVICE LIST**

U.S. Trustee
Timothy W. O'Neal
Assistant U.S. Trustee
Office of The United States Trustee
Bank of America Building
110 North College Avenue, Rm. 300
Tyler, Texas 75702

Debtor(s)
Sand Hill Foundation, LLC
Sand Hill Panola SWD #2
Sand Hill Panola SWD #3
P.O. Box 1661
Center, TX 75935-1661

------------------------------------------

--------------------------------------------

--------------------------------------------

Sabine State Bank & Trust Co., Inc
P.O. Box 670
Many, LA 71449

David Lacy Pybus
Attorney for Bass Drilling, Inc.
Preis & Roy
601 Poydras, Suite 1700
New Orleans, LA 70130

Rycar Investments, LLC
620 State Highway 87 North
Center, TX 75935

Patrick Kelley
Attorney for J. Gregg Pritchard
Ireland, Carrol & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703

William R. Sudela
Atty. for Cudd Pressure Control, Inc.
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019

Evergreen Tank Solutions
PO Box 840600
Dallas, TX 75284-0600

Little Nut Oil Co.
344 Klondike St.
Carthage, TX 75633

Fluid Disposal Specialties, Inc.
PO Box 2850
Ruston, LA 71273-2850

Internal Revenue Service
Ogden, UT 84201-0039

Waukesha-Pearce Industries, Inc
3106 Hwy 42 N.
Kilgore, TX 75662

Panola County Tax Office
110 S. Sycamore, Room 211
Carthage, TX 75633

White Shaver, PC
205 W. Locust
Tyler, TX 75702

G&K Services Co.
PO Box 2131
Coppell, TX 75019-8131

CCLA, LLC
Attn: Clay Keath
PO Box 3223
Lufkin, TX 75903

Galyean Equipment Co, Inc.
PO Box 1686
Henderson, TX 75653-1686

Scott Construction Equipment Co.
PO Box 7827
Shreveport, LA 71137-7827

Hertz Equipment Rental Corp.
Attn: Wendy, Acc. Rep
PO Box 650280
Dallas, TX 75265-0280

Omni Industrial Solutions LLC
7031 Bryce Canyon Ave.
Greenwell Springs, LA 70739

Shreveport Mack Sales, Inc.
PO Box 5857
Bossier City, LA 71171

Oilfield Innovators Limited LLC
315 South College Rd., Suite 285
Lafayette, LA 70503

Ml Swaco
5750 LA Hwy 90 East
Broussard, LA 70518

1

| | | |
|---|---|---|
| CC Forbes Company LP<br>PO Box 250<br>Alice, TX  78333 | Frank Hemm Associates<br>5375 E. Loop 281 S.<br>Longview, TX  75602 | Express Energy Svcs. Operating LP<br>PO Box 975401<br>Dallas, TX  75397-5401 |
| Pro-Test, Inc.<br>454 FM 1252 E.<br>Kilgore, TX  78662 | T-3 Energy Services<br>7345 Julie Frances Rd.<br>Shreveport, LA  71129 | Caterpillar Financial Services<br>PO Box 730681<br>Dallas, TX  75373 |
| HF Oilfield Supply LLC<br>117 South Shelby St.<br>Carthage, TX  75633 | CNH Capital America LLC<br>PO Box 0507<br>Carol Stream, IL  60132-0507 | Enviro-Vac, Ltd.<br>701 N. First St., Suite 109<br>Lufkin, TX  75901 |
| Citizens State Bank<br>Box 380<br>Tenaha, TX  75974 | GE Capital<br>PO Box 740425<br>Atlanta, GA  30374-0425 | Henry & Patricia Twomey<br>432 CR 429<br>Tenaha, TX  75974 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX  75265-0575 | Komatsu Financial<br>PO Box 9303<br>Chicago, IL  60693-9303 | Power Funding, Ltd.<br>815 Rice Rd.<br>Tyler, TX  75703 |
| Holt Cat<br>PO Box 207916<br>San Antonio, TX  78220-7916 | Sabine State Bank & Trust Co., Inc.<br>PO Box 670<br>Many, LA  71449 | Volvo Financial Services<br>PO Box 7247-0236<br>Philadelphia, PA  19170-0236 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | United States Attorney's Office<br>350 Magnolia Avenue, Suite 150<br>Beaumont, TX  77701-2248 | |
| ----------------------------------------- | ---------------------------------------------- | ---------------------------------------------- |
| <u>Parties Requesting Service</u><br>Andrew Dylan Wood<br>Attorney for Panola County<br>PO Box 165001<br>Austin, TX 78716 | Patrick Kelley<br>Ireland, Carroll & Kelley, P.C.<br>6101 S. Broadway, Suite 500<br>Tyler, TX 75703 | John P. Dillman<br>Linebarger Goggan Blair & Sampson<br>PO Box 3064<br>Houston, TX 77253-3064 |