In re **Sand Hill Foundation, LLC**  Case No. **10-90209**
                                                 (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| Real Property - Tenaha<br>US Hwy 595<br>Tenaha, TX 75974<br>1.960 Acres<br>AB 267 H. Humphries<br>Panola County, TX | Fee Simple | $12,740.00 | $0.00 |
| Real Property - Carthage w. Bldg<br>1300 NE Loop<br>Carthage, TX 75633<br>7.041 Acres<br>A-672 W.D. Thompson<br>Panola County, TX | Fee Simple | $380,370.00 | $2,634,021.79 |
| Real Property - Carthage<br>1300 NE Loop<br>Carthage, TX 75633<br>35.395 Acres<br>AB 672 W.D. Thompson<br>Panola County, TX | Fee Simple | $113,260.00 | $25,000.00 |
| Real Property - Carthage SWD 2<br>FM 2517<br>Carthage, TX 75633<br>4 Acres<br>AB 750 P Wilson<br>Panola County, TX | Fee Simple | $83,330.00 | $2,634,021.79 |
| Real Property - Timpson<br>FM 1970 N<br>Timpson, TX 75975<br>183.79 Acres<br>A-0051 Byfield Holmes Sur<br>Blk 0 Tr 6<br>Shelby County, TX | Fee Simple | $227,440.00 | $43,693.69 |
| Real Property - Joaquin<br>Hwy. 7 | Fee Simple | $11,450.00 | $0.00 |

In re **Sand Hill Foundation, LLC**      Case No. **10-90209**
                                                                                 (if known)

# SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Joaquin, TX<br>2.2889 Acres<br>A-1122 Hill CM Sur<br>Blk 4 Tr 91<br>Shelby County, TX | | | | |
| Real Property - Longstreet, LA<br>13441 Hwy 5<br>Longstreet, LA 71050<br>Tr. #1: Lots 45, 6, 7, 8, 9, 10, 12, 14, 15, 16, 17, 18, 20, Blk 9, Longstreet, LA<br>Tr. #2: all of that part of 1A Tr lying EOF E//W LA Hwy #5 | Fee Simple | | $5,505.00 | $0.00 |
| Real Property - Carthage<br>FM 31<br>Carthage, TX 75633<br>5 Acres<br>Israel N. Burt Survey A-90 | Fee Simple | | $50,000.00 | $2,522,646.65 |
| Office Building - Center<br>216 CR 1005<br>Center, TX 75935<br>0751 Vann Mason M,<br>Blk 0, Tr 4.31 | Fee Simple | | $17,700.00 | $0.00 |

                                                        **Total:**    **$901,795.00**
                                                                   (Report also on Summary of Schedules)