In re  **Sand Hill Foundation, LLC**                     Case No.  **10-90209**
                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current **Value of** Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | | $15.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Operating Acc. xxxxx9515 Farmers State Bank PO Box 352 Center, TX 75935 | | $214,781.02 |
| | | Commercial Acc. xxxxxx0166 Sabine State Bank PO Box 670 Many, LA 71449 | | $8,056.18 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

In re  **Sand Hill Foundation, LLC**                    Case No.  **10-90209**
                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached Exhibit B-16 | | $3,318,703.48 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re **Sand Hill Foundation, LLC**                Case No. **10-90209**
                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Proceeds from lawsuit<br>Cause No. 08-12-868<br>Sand Hill Foundation, LLC<br>vs. Cullen Calame et al<br>District Court, Wise County, Texas | $45,114.42 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicles are included in Category 29,<br>see Vehicle List<br>attached as Exhibit A-29 | $0.00 |

In re  **Sand Hill Foundation, LLC**                          Case No.  **10-90209**
                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Office Equipment List attached as Exhibit A-28 | | $50,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Equipment List attached as Exhibit A-29 | | $6,200,000.00 |
| 30. Inventory. | | See Parts and Invetory List attached as Exhibit A-30 | | $170,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____3_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Total  >   **$10,006,670.10**

Sand Hill Foundation, LLC, Debtor

10-90209

# Exhibit B-16

B-16

## Sand Hill Foundation LLC
## A/R Aging Summary
### As of May 25, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Advantaga Fluids LLC | 0.00 | 0.00 | 0.00 | 557.50 | 0.00 | 557.50 |
| Amer-Tech | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 600.00 |
| Anadarko Petroleum Corporation | 171,784.43 | 66,867.10 | 7,982.36 | 0.00 | 2,512.60 | 249,246.49 |
| B & P Oilfield | 0.00 | 0.00 | 0.00 | 0.00 | 3,375.00 | 3,375.00 |
| Basic Energy Services | 0.00 | 0.00 | 0.00 | 0.00 | 4,200.00 | 4,200.00 |
| Becly & Wilby Bridges | 0.00 | 0.00 | 0.00 | 0.00 | 1,535.00 | 1,535.00 |
| Bill Knelpp | 0.00 | 0.00 | 0.00 | 0.00 | 1,145.16 | 1,145.16 |
| BJ Services | 632.50 | 0.00 | 0.00 | 0.00 | 0.00 | 632.50 |
| CADRE | 0.00 | 0.00 | 0.00 | 0.00 | 3,924.60 | 3,924.60 |
| Car-Tex Transport & Vacuum Service, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 3,357.25 | 3,357.25 |
| Center Hardwood | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 | 1,300.00 |
| Cherokee Drilling | 0.00 | 0.00 | 0.00 | 0.00 | 1,593.50 | 1,593.50 |
| Chesapeake Operating Inc. | 262,664.02 | 394,974.50 | 0.00 | 0.00 | 1,724.30 | 659,362.82 |
| CHI - Charles Holston, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| City of Henderson | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | 400.00 |
| Classic Hydro Carbon Inc. | 1,562.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,562.50 |
| Clements Fluids Inc. | 0.00 | 82,113.69 | 0.00 | 0.00 | 0.00 | 82,113.69 |
| Common Resource | 245.00 | 0.00 | 0.00 | 0.00 | 1,840.00 | 2,085.00 |
| Comstock Oil and Gas | 0.00 | 0.00 | 806.36 | 0.00 | 3,715.00 | 4,521.36 |
| Courtney Construction, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 414.70 | 414.70 |
| Cresson Fresh Water Facility | 0.00 | 0.00 | 11,456.00 | 0.00 | 1,144.00 | 18,555.00 |
| D & D Fluids | 0.00 | 5,955.00 | 0.00 | 0.00 | 45,114.42 | 45,114.42 |
| DCP | 0.00 | 3,288.66 | 0.00 | 0.00 | 0.00 | 3,288.66 |
| Decker Operating | 0.00 | 625.00 | 0.00 | 0.00 | 0.00 | 625.00 |
| Deep Rock Resources, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 3,025.00 | 3,025.00 |
| Devon Energy | 0.00 | 2,782.20 | 828.50 | 465.00 | 10,266.50 | 3,610.70 |
| Ellora Energy | 828,864.19 | 7,230.00 | 1,159.45 | 0.00 | 10,266.50 | 847,985.14 |
| Empressa Energy | 0.00 | 0.00 | 0.00 | 0.00 | 7,618.36 | 7,618.36 |
| Enexco Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 1,102.16 | 1,102.16 |
| EOG Resources Inc | 17,859.10 | 0.00 | 0.00 | 0.00 | 13,766.10 | 13,766.10 |
| Exco Resources | 0.00 | 42,733.32 | 3,495.95 | 9,509.00 | 0.00 | 73,597.37 |
| Flat Rock Mineral, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 2,442.50 | 2,442.50 |
| Fluid Disposal | 0.00 | 0.00 | 0.00 | 0.00 | 2,208.00 | 2,208.00 |
| Gaut Contractors | 0.00 | 0.00 | 0.00 | 0.00 | 1,109.14 | 1,109.14 |
| Goodrich Petro | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 3,000.00 |
| H W Services | 0.00 | 375.00 | 0.00 | 0.00 | 0.00 | 375.00 |
| Hawk Field Service LLC | 0.00 | 1,884.70 | 17,919.70 | 0.00 | 0.00 | 19,804.40 |
| Henry Howard Services | 0.00 | 0.00 | 8,238.81 | 0.00 | 0.00 | 8,238.81 |
| Highway Technologies | 0.00 | 0.00 | 0.00 | 0.00 | 1,967.23 | 1,967.23 |
| Hydro Construction | 0.00 | 0.00 | 0.00 | 0.00 | 10,819.99 | 10,819.99 |
| I E MILLER | 0.00 | 0.00 | 0.00 | 0.00 | 6,749.20 | 6,749.20 |
| Infinistar | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 | 4,000.00 |
| J & P Exploration LLC | 0.00 | 0.00 | 0.00 | 0.00 | 2,560.00 | 2,560.00 |
| Jinx Hutchins Welding | 0.00 | 0.00 | 5,471.93 | 0.00 | 0.00 | 5,471.93 |
| John Nail | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jordan Industrial Services | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -0.50 |
| Mark Miller | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 900.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 1,968.22 | 1,968.22 |

# Sand Hill Foundation LLC
## A/R Aging Summary
### As of May 25, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Midway Oilfield Constructors, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| MKO | 0.00 | 0.00 | 0.00 | 0.00 | 1,776.85 | 1,776.85 |
| NFR Energy LLC | 369,773.51 | 0.00 | 0.00 | 66,401.87 | 5,845.33 | 443,750.71 |
| Nighthawk LA | 0.00 | 1,730.00 | 0.00 | 0.00 | -162.50 | -162.50 |
| NOV Fluids Services, | 0.00 | 0.00 | -87.32 | 0.00 | 121.60 | 24.28 |
| Oilfield Site Services LLC | 0.00 | 0.00 | 0.00 | 0.00 | 12,250.00 | 12,250.00 |
| Pat's Roustabout | 0.00 | 0.00 | 0.00 | 0.00 | -0.90 | -0.90 |
| Petro Quest | 0.00 | 1,644.50 | 0.00 | 0.00 | 0.00 | 1,644.50 |
| Petrohawk Energy Corporation | 0.00 | 0.00 | 0.00 | 22,699.41 | 4,865.00 | 27,564.41 |
| Phoenix Gas Pipeline | 0.00 | 351.40 | 0.00 | 0.00 | 195.00 | 546.40 |
| Pierce Construction | 0.00 | 0.00 | 684.80 | 14,779.00 | 0.00 | 15,463.80 |
| Precision Greywolf | 0.00 | 0.00 | 0.00 | 0.00 | 5,832.00 | 5,832.00 |
| R & S Trucking LLC | 0.00 | 0.00 | 0.00 | 19,400.00 | 11,935.50 | 31,335.50 |
| Red Rock Contractors | 0.00 | 0.00 | 0.00 | 0.00 | 8,460.00 | 8,460.00 |
| Remington Oil & Gas | 0.00 | 0.00 | 0.00 | 0.00 | 21,785.60 | 21,785.60 |
| Rig Tools Inc. | 0.00 | 0.00 | 0.00 | 0.00 | -43.00 | -43.00 |
| Ritchie Oilfield | 0.00 | 0.00 | 0.00 | 0.00 | 520.00 | 520.00 |
| Sally's Manufacturing | 0.00 | 0.00 | 0.00 | 0.00 | 1,036.00 | 1,036.00 |
| Sally's Nacogdoches | 0.00 | 0.00 | 0.00 | 0.00 | 4,405.00 | 4,405.00 |
| Sand Hill Panola SWD #5. | 0.00 | 39,078.35 | 0.00 | 0.00 | 0.00 | 39,078.35 |
| Select Tank Truck | 0.00 | 400.00 | 200.00 | 0.00 | 0.00 | 600.00 |
| Shelby County Precint 3 | 0.00 | 0.00 | 0.00 | 0.00 | 7,150.00 | 7,150.00 |
| Smith Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 28,770.70 | 73,832.90 |
| Somebody's Tire | 0.00 | 0.00 | 15,100.00 | 29,962.20 | 0.00 | 43,832.90 |
| Southwestern Energy Production Co. | 125,429.02 | 0.00 | 0.00 | 0.00 | 375.00 | 375.00 |
| Superb Inc. | 0.00 | 118,000.00 | 900.00 | 0.00 | 6,117.10 | 250,446.12 |
| T-5 Directional | 0.00 | 0.00 | 0.00 | 6,298.38 | 0.00 | 6,298.38 |
| Terry Bailey | 0.00 | 0.00 | 0.00 | 0.00 | -8.00 | -8.00 |
| Tim Bush | 0.00 | 188,511.10 | 0.00 | 0.00 | 0.00 | 188,511.10 |
| Trendsetter Construction | 0.00 | 0.00 | 0.00 | 0.00 | 2,482.07 | 2,482.07 |
| Tyson Foods | 4,168.60 | 9,463.00 | 0.00 | 0.00 | 0.00 | 13,632.60 |
| Weatherford International Ltd. | 0.00 | 0.00 | 0.00 | 0.00 | 5,991.25 | 5,991.25 |
| Windsor Energy Group | 0.00 | 0.00 | 0.00 | 0.00 | 1,682.00 | 1,682.00 |
| Wishbone Ranch | 0.00 | 0.00 | 0.00 | 0.00 | 185.05 | 185.05 |
| XH, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 547.20 | 547.20 |
| XTO Energy | 0.00 | 0.00 | 2,507.50 | 0.00 | 0.00 | 2,507.50 |
| XTO Energy Inc. | 12,039.84 | 0.00 | 11,077.04 | 2,289.00 | 0.00 | 11,077.04 |
| | | | | | 896.00 | 26,047.37 |
| **TOTAL** | **1,795,023.71** | **978,327.08** | **88,634.05** | **172,361.36** | **284,357.28** | **3,318,703.48** |
| | **10,219.56** | **502.97** | | | | |

Sand Hill Foundation, LLC, Debtor

10-90209

# Exhibit A-28

# Center Office Inventory

Lisa's Office
2 desks
5 filing cabinets
1 computer
1 phone
2 chairs
1 key storage
1 calculator
1 book shelf

Delicia's Office
1 desk
2 filing cabinets
1 computer
1 phone
2 chairs
1 credenza
1 rolling filing cabinet
2 printers (1 copier/printer on lease)
Refrigerator
Microwave
Postage Meter (on lease)
1 Electronic Hole Punch
1 coffee pot

Katha's Office
1 desk
3 filing cabinets
1 computer
1 phone
2 chairs
1 paper shredder
1 sm. Fold out desk
1 book shelf

Extra Office
1 desk
2 chairs
9 filing cabinets
1 printer

Lisa's Bathroom
3 filing cabinets
1 book shelf
1 key storage

Felicia's Office
2 desks
6 filing cabinets
1 computer
1 phone
1 calculator
1 sm. Filing cabinet
3 chairs
1 lg. Paper cutter

LJ's Office
3 desks
1 laptop
2 sm. Folding desks
3 chairs
2 phones
1 calculator
1 rolling desk
1 computer

Hall
2 filing cabinets

Hall Closet
Lg. Safe



Carthage

### Kitchen

Seven black leather chairs to be replaced
GE Electric Stove
GE Microwave
GE Side by Side Refrigerator/Freezer
Fire Extinguisher
Two Pictures
Conference Table

### Jon's Office

Desk
Cadenza with glass top
Wood end table
Three Straight chairs

### Larry Joe's Office

Desk
Black Chair to be replaced
Six straight chairs
Wood round table
Wood two drawer filing cabinet
Wood Three shelf bookcase with four door cabinet
Dell computer with Security System on it
Wall Board
Two pictures

### James' Office

Desk (Not too good)
HP PhotoSmart C4280 all in one printer
Emerson small microwave
Chair (Ragged)
Two portable telephones
Two wood tables
Lap top

Inventory  5/24/10

### Sue's office

Desk with glass top
KDS computer
Lexmark X2500 printer
Sharp EL-1801V calculator
Straight chair
Black chair to be replaced
Purple chair sent to try
Cadenza with glass top
Wall Board
Telephone
Portable telephone

### Hallway

Two straight chairs
Two Black chairs to be replaced
Wood End Table
ABC Dry Chemical Fire Extinguisher
Four Pictures

### Ken's Office

L Shaped Desk
Two telephones
Portable telephone
KDS Computer
Router
Desk
Four drawer filing cabinet
Two leather chairs
Two Straight Chairs
Portable telephone
Two Wall Boards
Lap top

## Richard's Office

Desk with glass top
Black leather chair
Two Four drawer filing cabinets
Wall Board
Canon P23-DHV Calculator
Five straight chairs

## Charlie Garrett's Office

Two Desks with glass tops
Two Black leather chairs to be replaced
Two telephones
Two Wall Boards
Straight Chair
Canon P23-DHV calculator
Brown leather chair
Lap top
## Ronny White

Desk with glass top
Black leather chair to be replaced
Two Straight chairs
Telephone
Wall Board
Kyocera KM-2050 copier
Lap top
## Brandon's office

Desk
Cadenza
Portable telephone
Two black leather chairs to be replaced
laptop

Dispatcher's Office

Desk
Chair
Computer desk
Computer
Two CB radios
Two drawer filing cabinet
Four drawer filing cabinet
HP Office Jet Pro L7590 printer
Two telephones
Caller ID
Three straight chairs
Three cushion couch
Sanyo 25" television
Emerson microwave
Utility table
Mini refrigerator
Cabinet
Sony DVD player

Approximately $@ 50, 000. 00
Total)

Sand Hill Foundation, LLC, Debtor

10-90209

# Exhibit A-29

*$ 6.2 mio*

| LP# | Model-Make | VIN # | Fleet # |
|---|---|---|---|
| R14353 | 1996-Mack | 1M2AA18Y6TW066258 | 1 |
| R14377 | 2007-Mack | 1M2AJ06Y77N011911 | 51 |
| R14372 | 1999-Mack | 1M1AA08X3XW016980 | 29 |
| RB4K03 | 1999-PTBL | 1XP5DB9X0XD466146 | 3 |
| RB4K04 | 2000-PTBL | 1XP5D69X6YD495059 | 4 |
| RF7P33 | 2005-PTBL | 1XP5DB9X25N853434 | 5 |
| R14361 | 2006-Mack | 1M1AJ06Y46N003624 | 18 |
| R14367 | 2006-Mack | 1M2AJ06Y06N002160 | 24 |
| RB4B15 | 2001-VMack | 1M1AE07Y31W008383 | 34 |
| R14354 | 2006-Mack | 1M2AJ06YX6N004515 | 2 |
| R14360 | 2006-Mack | 1M2AJ06Y96N003677 | 17 |
| R14362 | 2006-Mack | 1M1AJ06Y66N003625 | 19 |
| R14363 | 2006-Mack | 1M2AJ06Y16N004516 | 20 |
| R14364 | 2007-Mack | 1M1AJ06Y67N006333 | 21 |
| R14365 | 2007-Mack | 1M2AJ07Y97N006921 | 22 |
| R14366 | 2007-Mack | 1M2AJ07Y77N006920 | 23 |
| R14370 | 2007-Mack | 1M1AJ06Y87N007273 | 27 |
| RB4C54 | 2008-Mack | 1M1AN09Y78N001370 | 36 |
| R14376 | 2007-Mack | 1M2AJ06Y57N011910 | 50 |
| R14378 | 2007-Mack | 1M2AJ06Y47N010599 | 52 |
| RC9B85 | 2008-Mack | 1M1AN09Y18N003082 | 39 |
| RC9B86 | 2008-Mack | 1M1AN09Y88N003080 | 40 |
| RC9C07 | 2008-Mack | 1M1AN09YX8N003081 | 41 |
| RC9J94 | 2009-Mack | 1M2AN09Y89N003643 | 7 |
| RC9J95 | 2009-Mack | 1M2AN09Y29N003640 | 8 |
| RC9J96 | 2009-Mack | 1M2AN09Y69N003642 | 9 |
| RC9J97 | 2009-Mack | 1M2AN09Y59N003647 | 53 |
| RC9J98 | 2009-Mack | 1M2AN09Y79N003634 | 54 |
| RC9J99 | 2009-Mack | 1M2AN09YX9N004485 | 55 |
| RG1T13 | 2009-Mack | 1M2AN09Y99N004493 | 58 |
| | 2005-Peter | 1XP50B9X55N850723 | 62 |
| | 1979 – Mack | R685ST73739 | 6 |
| R14359 | 2007-Mack | 1M2AT04Y27M001984 | 15 |
| R14368 | 1989-Mack | 1M2N187Y6KW027387 | 25 |
| R14369 | 2001-Mack | 1M2AA18Y81W134430 | 26 |
| R14371 | 2003-Mack | 1M2AA18Y53W149003 | 28 |
| R14374 | 1996-Peter | 1XPFD99X8TD404100 | 32 |
| R14375 | 1997-Frtlinr | 1FUYDWEB2VP850658 | 33 |
| RC9C08 | 2000-INTL | 2HSFTASR9YC024991 | 42 |
| RD5F04 | 1996-Mack | 1M2AA18YXTW059832 | 43 |
| RD5C44 | 2008-Mack | 1M2AX04Y38M001756 | 44 |
| RD5C45 | 2008-Mack | 1M2AX04Y58M001757 | 45 |
| RD5C46 | 2008-Mack | 1M2AX04Y78M001758 | 46 |
| RD5F05 | 1999-INTL | 2HSFHAER9XC080411 | 47 |
| RD5C47 | 1999-INTL | 2HSFHAER2XC080413 | 48 |
| | 1994 –Mack | 1M2AA13Y5RW035700 | 49 |
| RC9M57 | 2009- Peter | 1XPXD49XX9D774304 –RED | 56 |
| RC9M58 | 2009–Peter | 1XPXD49X19D774305 –ORG | 57 |
| RB4L55 | 1993 Mack | 1M2P264Y6PC012857 | 135 |
| | 1996 – FRTL | 1FV6HFAA3TL674857 | 59 |
| | 2009-Ford F650 | 3FRNF65HX9V159024 | 61 |
| RG1T54 | 2001-Mack | 1M1AA18YX1W144462 | 60 |

Trucks /Trail.

| Model | Make | VIN # | Fleet # |
|---|---|---|---|
| W88-184 | 2006-Galyean | 1G9VT40246H016353 | TL2 |
| W66-132 | 2006-Dragon | 1UNST422X6L037598 | TL17 |
| X63-977 | 2006-TROX | 1T9TA432061867734 | TL19 |
| W79-310 | 2006-Dragon | 1UNST42256L037718 | TL21 |

| | | | |
|---|---|---|---|
| X17-355 | 2003-OVLD | 109241525Y1003510 | TL22 |
| W05-588 | 2005-Dragon | 1UNFT42205L033266 | TL23 |
| 847-75Z | 1992-EAGI | 1VT1992010909130B | TL27 |
| X17-165 | 2007-TROX | 1T9TS40277B719528 | TL50 |
| X22-273 | 2007-TROX | 1T9TS402X7R719563 | TL20 |
| X06-540 | 2007-Dragon | 1UNST42277L052514 | TL52 |
| X17-364 | 1983-Frell | 1F9AD52B3FA009009 | TL10 |
| X98-859 | 2008-Dragon | 1UNST422X8L063993 | TL28 |
| X16-981 | 2008-Dragon | 1UNST42228L067620 | TL40 |
| X16-980 | 2008-Dragon | 1UNST42248L067621 | TL41 |
| X16-974 | 2008-Dragon | 1UNST42288L067797 | TL42 |
| X17443 | 2009-Gaylean | 1G9VT40219H017092 | TL46 |
| X17442 | 2009-Gaylean | 1G9VT40239H017093 | TL47 |
| X17441 | 2009-Gaylean | 1G9VT40279H017095 | TL48 |
| X17444 | 2009-Gaylean | 1G9VT40249H017152 | TL49 |
| X17440 | 2009-Gaylean | 1G9VT40269H017153 | TL1 |
| X17438 | 2009-Gaylean | 1G9VT40289H017154 | TL51 |
| X17439 | 2009-Gaylean | 1G9VT402X9H017155 | TL53 |
| | 1983 Maverick | 1F9AD52B5DA009008 | TL60 |
| | 2006 Troxell | 1T9TA432861867481 | TL61 |
| | 2006 Troxell | 1T9TA432161867502 | TL62 |
| | 2001 Dragon | 1UNST41261L023501 | TL63 |
| | 2000 Custombilt | TR187343 | TL64 |
| | 2000 Custombilt | TR187411 | TL65 |
| | 1995 Custombilt | TR178690 | TL66 |
| | 1993 Pioneer | PF15460GVAC930410 | TL67 |
| | 1991 Proco | VT130MC3120726891 | TL68 |
| | 1990 Falcon | 1VT1990010658130B | TL69 |
| | 1981 Rebbl | K876V | TL70 |
| | 1978 Maverick | VT13007958 | TL71 |
| W74-179 | 2007-CTS | 5TU1140267S000005 | TL3 |
| W86-041 | 2006-CTS | 5TU1140256S000513 | TL4 |
| W86-039 | 2006-CTS | 1C91140256S770311 | TL5 |
| W74-217 | 2006-CTS | 5TU11402X6S000555 | TL6 |
| W86-042 | 2006-CTS | 5TU11402X6S000507 | TL9 |
| W05-579 | 1996-CPS | 1C9615527TP389059 | TL26 |
| W59-616 | 1997-CLET | 1C9BB26BVM110330 | TL16 |
| X17-370 | 1999-REDR | 4ZYBD4028X1000126 | TL12 |
| X16-799 | 2007-CLEM | 5C2DB12BX7M006179 | TL25 |
| | 1990-CLEM | 1C9DB12B3LM110113 | TL30 |
| X69677 | 1980 – CLEM | 389341 | TL31 |
| X97915 | 2001-CONS | 1C91140281S770330 | TL34 |
| X97916 | 2001-CONS | 1C91140261S770374 | TL35 |
| X78335 | CTS | 5TU11402885000668 | TL39 |
| | 2006 – Dragon | 1UNSD402X6C034636 | TL54 |
| | 2007 – Dragon | 1UNSD40267C053296 | TL55 |
| | 1985-CLEM | 1C91EAJ29F1095215 | TL56 |
| | 1999 – AV | 1C9DB12B9XM110994 | TL57 |
| | 2009-Westex | 1W9SB42289A000315 | TL59 |
| W05-670 | 1980-NUTT | NMC5001 | TL7 |
| W05-562 | 2000-FON | 13N148304Y1592409 | TL8 |
| | 2001-L | 4U3B048291L002907 | TL13 |
| | 1993-Accurate | 1A9804521P4194907 | TL58 |
| W03-816 | 2004-<br>Load King | 5LKL4935041024863 | TL24 |
| W12-896 | 1982-DORS | 1DTP36W25CA158969 | TL14 |
| X63-957 | 2008 –<br>Load King | 5LKL4935981026942 | TL33 |
| X71410 | 2007 – Load King | 5LKL5335271026497 | TL44 |

| | | | |
|---|---|---|---|
| X17-435 | 1994 – FRON | 4LF4S5242R3503622 | TL45 |
| | 1993-Enterprises | 2FT1993131023500B | TL11 |
| W 59-654 | 2000-Load King | 5LKL51358Y1023514 | TL18 |
| W05648 | 1997-SHOP | TR183555 | TL15 |
| X48641 | 1999-OT | 1Z9AD4026XA102753 | TL36 |
| | 1998-PITT | 1PELT4029WP980462 | TL37 |
| | 1982-DELT | 3107 | TL43 |
| | 2008-Midland Car | 1S9ES19278E464015 | TL38 |
| | | | |
| 48Z-PBX | 2006-Gooseneck | 16VGX302762688531 | U1 |
| 76YWXF | 2006-Flatbed | SHOP – U2 | U2 |
| 75YWXF | 2004 16ft TX Brag | 17XFP162241048645 | U3 |
| 78YWXF | 2004 16ft Maxey | 1M9SL16244M525637 | U4 |
| 77YWXF | 18ft – TX Brag | 17XFP182951056939 | U5 |
| 42ZFPY | 2007 KEAR | 5LCJF202171010845 | U6 |
| 03ZHGR | 2006 KEAR | 5LCJF202461010689 | U7 |
| 22ZKMM | 2008 R&D | 1R9BU36248M477120 | U8 |
| | 2007-SHOP | SHOP – U9 | U9 |
| | 2007- SHOP | SHOP – U10 | U10 |
| 86ZPBW | 2008 Carry On | 4YMUL06138T005693 | U11 |
| 85ZPBW | 2008 Carry On | 4YMUL06188T009707 | U12 |
| 84ZPBW | 2008 Carry On | 4YMUL06118T005689 | U13 |
| | 2007 TNT | 5UTBU14297M001472 | U14 |
| | | | |
| W05-685 | 1991-OVEL | 109241426M1003188 | TL19 |
| | 1982 – Mack | 1M2N187C7CA003277 Used to Restore #16 | 15 |
| | 1982 – Mack | 1M2N179Y4CA079302 | 16 |
| | 2000 – Mack | 1M1AA08X8YW020203 | 30 |
| | | | |

# Sand Hill Foundation, LLC
## Pick-up Fleet — Revised 5-04-10

| Truck # | Employee's Name | Make/Model | License Plate | VIN # |
|---|---|---|---|---|
| E1 | Tony Maclas | 06 Chevy | 97XFF3 | 1GCJK33216F142750 |
| E2 | | | | |
| E3 | Robert Lovett – Carthage Yard | 92 Ford | 09ZWZ2 | 1FTJX35M5NKA39594 |
| E4 | Andrew Yohn | 05 Ford | 49KFD3 | 1FTRF14W85NC10057 |
| E5 | Brandon Eaves | 05 Ford | 43FVM3 | 1FTSW21P75EC75793 |
| E6 | Roger Ard | 95 Ford | 7HBC60 | 1FTDF15Y6SNA46197 |
| E7 | Benny Martin | 05 Ford | 73CMX3 | 1FTRF14W05NB87941 |
| E8 | Cleveland Dodge | 05 Ford | 64ZTY2 | 1FTR14W25KD18188 |
| E9 | Paul Powell | 05 Ford | 68ZTY2 | 1FTR14W45KD18189 |
| E10 | Buddy Martin | 05 Ford | 66ZTY2 | 1FTR14W65KD18193 |
| E11 | Norris Turner | 06 Ford | 64WWC3 | 1FTRF14W36KB40826 |
| E12 | Jon White | 06 Ford | 22ZNV3 | 1FTPW14V76FA87958 |
| E13 | Alvero Tello | 06 Ford | 09JZK4 | 1FTRF14W16NB64377 |
| E14 | Abel Gutierrez | 06 Ford | 88JZJ4 | 1FTRF14W86NB64182 |
| E15 | Tobye Dockray | 06 Chevy | 16RJK4 | 1GBJK34266E127122 |
| E16 | Fausto Tello | 07 Ford | 31JWW6 | 1FTRF14W37KC75841 |
| E17 | Johnny Jackson | 08 Ford | 97DKV8 | 1FTPX14V88FB51800 |
| E18 | Kenneth Stephens | 07 Ford | 37HMR5 | 1FTRF14W77KB48865 |
| E19 | Mark May | 03 Ford | 1719AZ | 1FTNW20L93ED01044 |
| E20 | Miguel | 02 Chevy | 7VKW84 | 1GBJC34U623275621 |
| E21 | Marion L. Jackson | 07 Ford | 38HMR5 | 1FTRX14W97NA26665 |
| E22 | Welding Truck | 99 Ford | 16ZZC8 | 1FDAF56FOXEE85017 |
| E23 | James Barnes | 07 Ford | 29HMR5 | 1FTRF14W17KB48845 |
| E24 | Laginia Preston | 03 Linc Navi | | 5LMFU27R93LJ39117 |
| E25 | James Foster | 07 Ford | 62HMS5 | 1FTRF12W27KB48854 |
| E26 | Mike Logsdon | 08 Ford | 97CDR8 | 1FTRF14W18KD71081 |
| E27 | Timothy Price | 99 Ford | 71HDB7 | 1FTWW32F4XEE19218 |
| E28 | Charlie Garrett | 08 GMC | 32WTX6 | 3GTEK13M08G105066 |
| E29 | Gene Berry | 08 GMC | 45GPN8 | 3GTEK13J18G270579 |
| E30 | Alfredo Tello | 2002 Ford | 48JHK6 | 1FTNX21F22EB30139 |
| E31 | Scott Sonmor | 08 GMC | 43GCK7 | 3GTEK13M78G101113 |
| E32 | Wash Truck – Lube Truck | 99 Ford F550 | 49KNX5 | 1FDAF56FXEE84931 |
| E33 | Ronny White | 07 Ford F250 | 49FFM5 | 1FTSW21P97EA89580 |
| E34 | Carthage Yard – Mechanic Trk | 08 F450 | 12HKG7 | 1FDXF47R88EB31194 |
| E35 | Logging Crew | 2001 F150 | 7BYS04 | 1FTRX18W41NB25301 |
| E36 | Dameon Hooper | Chev Z71 | 36GKC6 | 1GCEK14R8WZ177219 |
| E37 | Kenneth Conway | 08 GMC | 78NVL7 | 2GTEK133681239421 |
| E38 | Arturo Arcibar | 08 Ford F450 | 71SJD7 | 1FDXW47R78EA09605 |
| E39 | Larry Joe Eaves | 2008 GMC | 71GPN8 | 3GTEK13J58G247337 |
| E40 | VALENTIN'S GODINEZ | PERSONAL | TRUCK | |
| E41 | Carthage Yard – Mechanic Trk | 2000 Ford F250 | 82KBR8 | 1FTNF20L2YEB60454 |
| E42 | Tobey Dockray | 01 Ford F150 | 81KBR8 | 1FTRX18W31NB15648 |
| E43 | Joe Horton | 08 Ford F350 | 16KBP8 | 1FTWW31528ED87895 |
| E44 | Brandon Barr | 06 CHEV | 51DWM8 | 2GECK13T861182152 |
| E45 | Craig O'Rear | 08 Ford F250 | 24PSD8 | 1FTNF21538ED87491 |
| E46 | | | | |
| E47 | | 2008 Ford | 68PSD8 | 1FTRF14V18KD71119 |
| E48 | Richard Arvello | 2008 GMC | 76LDN8 | 3GTEK13J38G313934 |

| | | | | |
|---|---|---|---|---|
| E49 | Lee Castleberry | 1997 Ford | | 1FTJF35H3VEB42257 |
| E50 | Robert Mangrum | 2008 Ford | | 1FTVX14548KD71675 |
| E51 | Eddie Arcibar | 2008 Ford F350 | | 1FDWW37YX8EE42025 |
| E52 | Ivan VanDerSchaaf | 2008 Ford | | 1FTYR14D18PB08108 |
| E53 | Carthage Yard | 1989 Toyota | 74NBB8 | JT4RN82P6K0000220 |
| E54 | | | | |
| E55 | Steve Franks | | | 1FTRX14W79KA73150 |
| E56 | Center | 2009 Ford F-150 | | 1FTRX14W39FA07784 |
| E57 | Carthage Yard – Mechanic Trk | 2002 Ford F-350 | | 1FDWX36SX2ED64377 |
| E58 | Donnie Wallace | 2009 GMC | Sabine State | 3GTEK23M99G152183 |
| E59 | Charlie Woods | 2009 GMC | Citizen – Tenaha | 3GTEK23M69G178210 |
| **Wrecked, Sold or Retired Pickups** | | | | |
| E29 | | 02 Ford | 48JHK6 | 1FTNX21F22EB30139 |
| E26 | Harlan Tipton's Burned 9-11-07 | 96 Ford | | 1FTEF15Y2TLA08936 |
| E17 | Johnny Jackson Wrecked 3-12-08 By Kenny Synder | 07 Ford | 42JWW6 | 1FTRX14W07FB66825 |
| E2 | Sold to Joe Spradley | 99 Ford | 11ZWZ2 | 1FTNX20L6XEC38939 |

# Sand Hill Foundation, LLC
## List of Equipment — Revised 2-25-10

| Equip # | Year | Make | Model | | Serial # | Rental or Own |
|---|---|---|---|---|---|---|
| C1 | 2007 | Bomag | BW213PDH3 Sheepfoot Roller | | 901581521209 | Own |
| C2 | 2004 | Bomag | MPH364S Mixer | | 901A23001543 | Own |
| ~~C3~~ | | ~~CAT~~ | ~~120H Motor Grader~~ | | ~~HLK003296~~ | ~~Rent~~ |
| C4 | 2004 | Komatsu | PC 200 LC-7L Excavator | | KMTPC049A54A87050 | Own |
| ~~C5~~ | ~~2007~~ | ~~Komatsu~~ | ~~PC 220 LC-8 Excavator~~ | | ~~KMTCC181T02075046~~ Serial # 75046 | ~~Rent~~ |
| C6 | | CAT | D6T Dozer LGP | | KJL0602 | Own |
| C7 | 2008 | Bomag | MPH364R-2 Mixer | | 901B23001655 | ~~Rent~~ Own |
| C8 | 2008 | CAT | CAT 320DL Excavator | | PHX01187 | Own |
| C9 | | Ingersoll Rand | Smooth Roller | | 168441 | ~~Rent~~ Own |
| C10 | | Volvo | EC240CL Trachoe | | V00110514 | Own |
| C11 | | | | | | |
| C12 | | CAT | D6R-XW | | MRT00284 | Own |
| C13 | 2007 | Komatsu | PC200LC-8 Excavator | | C60773 | ~~Rent~~ Own |
| C14 | 2008 | Ingersoll Rand | Smooth Drum Roller | | 190384 | ~~Rent~~ Own |
| C15 | | Reynolds | Scraper 14CS10 | | 34989 | Own |
| C16 | | CAT | D6T LGP | | KJL 675 | Own |
| C17 | | Kobelco | SK210CL | | Y008U3019 | ~~Rent~~ Own |
| C18 | | Case | Tractor MX 255 | | JAZ139473 | Own |
| C19 | | CAT | 140 H Motor Grader | | CAT0140HPCCA02894 | Rent |
| C20 | | John Deere | Backhoe 310G | | T0310GX3900970 | Own |
| C21 | | CAT | 140 H Motor Grader | | CAT0140HT2ZK07381 | Own |
| C22 | | CAT | 330 Trac-Hoe | | CAT0330CODKY03063 | Own |
| C23 | | | | | | |
| C24 | | Reynolds | Scraper 14CS10 | | 35157 | Own |
| C25 | | Case | Tractor MX255 | | DEG0024912 | Own |
| C26 | | John Deere | 310G Back Hoe | | T0310GX949429 | Own |
| C27 | | CAT | 140 H Motor Grader | | CAT140HC2ZK07385 | Own |
| C28 | 2006 | Komatsu | D41P-6C Dozer | | B41381 | ~~Rental~~ |
| C29 | 2007 | CAT | 140 H Motor Grader | | CAT140HPCCA03623 | ~~Rental~~ |
| C30 | | | | | | |
| C31 | | Komatsu | SK1020-5-U17 Skid Steer Loader | | A70544 | Own |
| C32 | 2007 | CAT | 320D Trac Hoe | | CAT0320DCPHX00296 | Own |
| C33 | 2007 | CAT | D5G Dozer | | CAT00D5GCRKG03356 | Own |
| C34 | | | | | | |
| C35 | | Reynolds | Scraper 17 Yd 17CS12 | | 34961 | Own |
| C36 | | Case | Tractor MX255 | | DEG0024911 | Own |
| C37 | | CAT | XW D6R with Ripper | | AEP00778/4ZF22970 | Own |

NOTE: C12 - The insurance for this piece of equipment is included in the monthly note payment

| Equip # | Year | Make | Model | Value | | Serial # | Rental or Own |
|---------|------|------|-------|-------|---|----------|---------------|
| C38 | | Ingersol Rand | V518 Bobcat Loader | | | 367011146 | Own |
| C39 | | John Deere | 544-B | | | 210171T | Own |
| C40 | | John Deere | 644G | | | DW644GD550879 | Own |
| C41 | | Case | CX240 Long Stick | | | DAC241745 | Rent |
| C42 | | International | Lull Mode #644D-34 | | | 00AL25W24-1356 | Own |
| C43 | | CAT | D6T Dozer | | | KJL00696 | Own |
| C44 | | CAT | 525 Skidder | | | 1DN01402 | Own |
| C45 | | Kubota | Tractor-M5700SD2F | | | 56916 | Own |
| C46 | | John Deere | 790 Farm Tractor | | | LV0790G696187 | Own |
| C47 | 2008 | CAT | D5K Dozer | | | YYY00508 | Own |
| C48 | 2001 | Barko | 885B Fellerbuncher | | | 10122947 | Own |
| C49 | 2001 | Barko | 225 Loader | | | 10123017 | Own |
| | | Waratah | D250 Pull-Thru Delimber | | | 90CF1872 | |
| | | CTR | 421'P Slasher | | | | |
| | | Pitts | KB47-D Delimbing Trailer | | | 1PEKB47271P010607 | |
| C50 | | Case | MX245 | | | 28R203149 | Rent |
| C51 | | Reynolds | 14 Yd Scraper | | | 14CS10 – S/N 34961 | Own |
| C52 | | CAT | D5K | | | C4E03367 | Own |
| C53 | | CAT | D6T | | | KJL00699 | Own |
| C54 | | Komatsu | Trac Hoe (Green) | | | | Own |
| C55 | | Timberjack | 450C Skidder | | | CE4969 | Own |
| 56 | | Timberjack | 460C Skidder | | | 995884 | Own |
| C57 | 2004 | Prentice | 384 Log Loader | | | 59159 | Own |
| C58 | | Hydro Ax | 411 EXP | | | 7968 | Own |
| | | | Core & Saw Head | | | 10DC1227 | |
| C59 | 1990 | Mack | | | | 1M2AA12Y7LW008703 | Own |
| | | Barko | 160A Loader | | | 060892-1 | |
| C60 | | Komatsu | D65PX-15EO | | | 71067 | Own |
| C61 | | Bomag | MPH364R-2 | | | 901B2301668 | Rent |
| C62 | | Hesston | 880 | | | 301238 | Own |
| C63 | 2004 | CAT | 420 Backhoe | | | 420DHBLN08207 | Own |
| C64 | | Galyean | 150SA Cherry Picker | | | | Own |
| C65 | | | 3606 Forklift | | | TRK7294 | Own |
| C66 | | Lull | 634 Forklift | | | 00AL25W24-1356 | Own |
| C67 | | John Deere | Back Hoe – Model 310SG | | | 951461 | Own |
| C68 | 2007 | Hamm | 3307 Drum Roller | | | H1590782 | Own |
| C69 | 2009 | Case | Magnum 245 Tractor | | | Z9RZ03382 | Rent |
| C70 | 2004 | IR | Roller | | | 177709 | Own |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Paver

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PV-019 | 1999 | Gehl | 1448 Power Box Asphalt Paver | | | IP0617176 | Own |
| PV-020 | | Ingram | 9-2800-P Pneumatic Roller | | | 527129.P134 | Own |
| PV-021 | | Wolf Pac | AVR 4000 | | | 2596170 | Own |
| | | | | | | | |
| | | | **PUMPS** | | | | |
| P1 | | Pioneer | 4X4 S2SA Trash Pump | | | 1219317 | Own |
| P2 | | Pioneer | 4X4 S2SA Trash Pump | | | 8475274 | Own |
| | | 2-Honda | 3" Trash Pump | | | | Own |
| P3 | | Pioneer | 6X3 DIN/ISO 3046 IFN | | | 8638 | Rent |
| P4 | | D & D | 6 in Mud Pump | | | | Own |
| | | | | | | | |
| | | | **LIGHT PLANTS** | | | | |
| L1 | | Ingersoll Rand | Power Plant | | | 4FVLSBDA664365079 | Stolen 4-09 |
| L2 | | Coleman Engineering | Rite Lite | | | RL-3856 | Own |
| L3 | | Ingersoll Rand | Power Plant | | | 4FVLSBDA264365077 | Own |
| L4 | | Coleman Engineering | Rite Lite | | | RL-3876 | Own |
| L5 | | Walker from United Rentals | Light Plant LTC4-03 | | | 5F131031001951 | Own |
| L6 | | From United Rentals | Light Plant | | | | Own |
| L7 | | From United Rentals | Light Plant | | | | Own |
| | | | **Air Compressors** | | | | |
| AC1 | | Titan | Air Compressors X 10 | | | TAC-2T | Own |
| AC2 | | Champion | Air Compressors X 3 | | | HGR7-3K | Own |
| AC3 | | Champion | Air Compressor – 10HP | | | DMO18335 | Own |
| AC4 | 2004 | Atlas Copco | XAS97JD – Portable Air Compressor | | | 4500A101X4H010785 | Own |
| AC5 | | | 2 Stage Shop Air Compressor | | | | |
| | | | | | | | |
| | | | **Pressure Washer** | | | | |
| PW1 | | Titan | Pressure Washer | | | TPW-220 | Own |
| | | | | | | | |
| | | | **Generators** | | | | |
| G1 | | Titan | Gas Generators | | | TG-8000 | Own |
| G2 | | Titan | Diesel Generators X 2 | | | TG-7500D | Own |

| | | | **Mulchers** | | | | |
|---|---|---|---|---|---|---|---|
| M1 | 1984 | Bowie | Small Mulcher | | | 80597302 | Own |
| M2 | 1998 | Bowie | 800 Victor Big Mulcher | | | 50984601 | Own |
| | | | **ATVehicles** | | | | |
| ATV1 | 2007 | Kawk | | | | JK1AFCK107B511310 | Own |
| ATV2 | 2008 | Kawk | | | | JKAVFDE168B501594 | Own |
| ATV3 | 2009 | Kawk | KAF620N9F | | | JK1AFCN139B500364 | Own |
| | | | **Hay Blower** | | | | |
| HB1 | | Grun | Model SB-7 ASS 434192AM | | | 05B17145 | Own |
| | | | | | | | |
| | | | **Small Tools** | | | | |
| ST1 | | | Post Hole Digger | | | 43-0103 | Own |
| | | | | | | | |
| | | | **Wrecked Equipment** | | | | |
| C10 | 2005 | Bomag | MPH364S Mixer | $170,000 | | 901B23001603 | Sold |
| C11 | 2005 | Komatsu | D65 PX -15 Dozer | $170,000 | | KMT0D029E01067507 | Traded In |
| C34 | | CAT | CP563E Sheepfoot Roller | $110,000 | | OCNT01200 CATCP563HCNT01200 | Sent Back |

Sand Hill Foundation, LLC, Debtor

10-90209

# Exhibit A-30

① Tube   20.8·R46
① Recap  11.R22.5   TRAILER
18   NEW TIRE  DUNLOP
② NEW TRE   GRIP
③ RecAp  11.R24.5   GRIP
③ NEW  750R16
④ NEW  265/70R17        Inventory
                        Tires
② 750X16   NEW          Total: $ 45,000.-
③ 700X15   NEW
① NEW  12.X16.5
① NEW  530X12
① NEW  245/70R19.5
① NEW  285/70R17
② NEW  235/85R16   GRIP
① NEW  12.5/80.X12
⑨ RecAp 11.R24.5  TRAILER
① NEW  14.9X24
② NEW  11.R22.5   GRIP
① 11.R22.5  RecAp  CRP

(15) 11.R 22.5   GRIP

(18) 11.R 22.5   TRAILER

(1) NEW  295/75R 22.5

(1) tube  30.5 X 32

(1) tube  28-L 26

(1) tube  15.5 X 25

Recap
NEW CAP

(17) 11.R 24.5    TRAILER

(9)  11.R 24.5     TRUCK  CRIP

(4) NEW TIRE 11.R 24.5  DUNLOP SP 832

(2) NEW 11.R 24.5   DUNLOP SP 843

(5) NEW TIRE  255/70R 22.5

(6) Recap  11.R 24.5  TRAILER

(1) NEW  14.00X 24

(1) Recap  295/75R 22.5

(1) Recap  295/75R 22.5

(2) Tube  14/1300X24

(1) NEW  ~~TIRE~~ 24.5  RIM

## Parts Inventory    Pg. 1

**Brake Shoes**

- 4707 - Road Leveler - (41)
- 4515 - Road Leveler - (50)
- 1308 EK - Eaton - (2)
- 4702 - (7)
- 4709 - (25)

**Brake Drums**

- 3598 - (4)
- 3922 - Gunite - (19)

**Brake Chambers**

- Single 30 - (11)
- 30/30 - (15)

**Air Tank**

- 2001 A - (1)

**Wheel Seals**

- 14137-A - (4)
- BR14276 - (5)
- LM67048 - (2)
- LM67010 - (2)
- HM212047 - (5)
- 1062746 - (4)
- 1062744 - (6)

**Slip Yoke**

- 1756 - (3)

- 7787-869445 - Blower Motor - (1)

.ir Dryer

Iventory

Parts

Total: $125,000.-

Surge Tank | 25174629 - (1)

76MF521 - (1)

76MF523 - (1)

Recovery Tank

76MF516M - (1)

11 - Joints

SPL170 - (3)

SPL250 - (8)

P338 - (3)

P369 - (3)

P476 - (2)

P479 - (3)

5-449XRM - (2)

P476 - (3)

5-676X - (5)

5003323 - (1)

Jack Belts

88GB439P431 - (1)

88GB459P847 - (4)

20545619 - (5)

88GB447P732 - (1)

21372809 - (1)

21372815 - (7)

88GB447P666 - (1)

88GB458P687 - (4)

Dayco

28473 - (1)

Belts Pg 1 cont.

| | |
|---|---|
| DynaCraft | 17456DYC - (2) |
| | 28583 - (2) |
| | 3061.540 - (1) |
| | 28473DVC - (1) |
| | 6122310 - (3) |

Rig Tough

| | |
|---|---|
| | 1201-4060528 - (1) |
| | 1201-4080992 - (1) |

Napa

| | |
|---|---|
| | 25-9430HD - (1) |
| | 25-9530 - (2) |
| | 25-9447 - (3) |
| | 25-080716 - (1) |
| | 25-7455 - (1) |
| | 25-9385 - (1) |

Fleet Runner

| | |
|---|---|
| | 9430 HD - (1) |

Cat

| | |
|---|---|
| | 221-7007 - (1) |
| | 4N-7335 - (1) |
| | 166-3859 - (1) |

Gates

Power Band

| | |
|---|---|
| | 9093-7068 |
| | 9093-3064 |

Batteries

Napa

| | |
|---|---|
| | 7565 - (6) |
| | 7231 - (3) |

| | | |
|---|---|---|
| 2J175065 | Clutch Cable | 5 EA |
| 10QH248P4 | Ball Joint | 2 EA |
| 300500 | Clamp | 10 EA |
| 2130 1707 | Hub Cover | 4 EA |
| B8652 | Bushing Scan | 1 |
| B8803 | Bushing Scan | 1 |
| B8792 | Bushing Scan | 1 |
| S2011A | Bushing Scan | 4 EA |
| 8042 | Bushing Scan | J EA |
| QK1HD | Bushing Kit | 1 EA |
| ES-2 | Bushing Kit | 1 EA |
| SH 1061 | Bushing Kit | 1 EA |
| 40610144 | Bushing Kit | 1 EA |
| S08001 | Bushing Kit | 2 EA |
| CQ66919 | Bushing Kit | 1 EA |
| 85111893 | Scan | 2 EA |
| 0TR9736 | Scan | 1 2 EA |
| S205K | Slack Adj | 1 OEA |
| KN49001 | Slack Adj | 10 EA |
| KN44051 | Slack Adj | 10 E |
| HM 218248 | Bearing (wheel) | 1 EA |
| HM 218210 | Bearing (wheel Inner) | 3 EA |
| AN2120 49 | Bearing | 6 EA |
| 37003A | Seals (Wheel) | 1 EA |
| 38000 3A | Seals (Wheel) | 3 EA |
| 393-0103 | Seals (Wheel) | 4 EA |
| 393-0104 | Seals (Wheel) | 9 EA |
| 39 | S (Wheel) | |

| 373643 | Seal wheel | 6 EA |
| 25166894 | Bearing wheel | 5 EA |
| 25191250 | Bearing wheel | 5 EA |
| 184728 | Bearing wheel | 5 EA |
| 25157937 | Bearing wheel | 5 EA |
| ALT - Truck 12 volt | Mack | 4 EA |
| ALT 24 volt | Alternator | 1 EA |
| Starter 12v | Starter Delco | 5 EA |
| Starter 24v | Starter | 4 EA |
| 289714 X | Valve Air | 1 EA |
| 101112V | Valve Air | 1 EA |
| 116900 | Valve Air | 1 EA |
| 25122111 | L/C Valve | 2 EA |
| K18000 | Valve Pressure | 1 EA |
| 2002E328 | Shifter Knob | 1 EA |
| H291358 | Air Governor | 4 EA |
| 745 802907 | Protect Valve | 1 EA |
| IMR 575 | Switch Town Signal | 2 EA |
| B224709 | Light Switch | 2 EA |
| 4049-HD 15 DIMS | Level Valve | 3 EA |
| 62156079 | Wiper Arm | 8 EA |
| 745 80045 | Valve Brake | 1 |
| 21404578 | Belt Tensioner | 2 |
| 22198A76 | Belt Tension A/C | 5 |
| 25 SB165 CP3 | Thermostat | 2 |
| 9123725 | Thermostat Valve | 5 |
| 186 GB4BM | Idler | 5 |

HOSES                                       Pg. 5

2 1/4"  - (3)

1"  - (1)

3"  - (1)

Mack Seat Cover 800-6235122743 - (2)

Mack Rad. Hoses 21443473 - (3)

11MF4449M - (2)

21105745 - (2)

21000108 - (2)

744GB45B -(2)

11MF8592M - (2)

21468074 -(2)

565B50 - 2

744GB350A - (5)

744GB46 - (1)

Filters (Oil)

| | | |
|---|---|---|
| 1050-(1) | 1791 - MIII (8) | 3216 (1) |
| 1159-(1) | 1792XE - MI (5) | 3217 (1) |
| 1099-(1) | 1794 - II (2) | 3218 (1) |
| 1161 - IIII (4) | 1806 -(1) | 3219- III (3) |
| 1204 - II (2) | 1808 - II (3) | 3231 - III (3) |
| 1241 -(1) | 1820 - III (3) | 3243- II (2) |
| 1279 (1) | 7060 - MI (5) | 3294 (1) |
| 1372- IIII (4) | 7076 (1) | 3002-(1) |
| 1417 (1) | 7084 (1) | 3299 (1) |
| ─ ✝ | 7098- II (2) | 3357 (1) |
| 1494 - MII (6) | 7117 - II (2) | 3358 -II (2) |
| 1496- IIII (4) | 7201 - II (2) | 3361 -(1) |
| 1516 - II (2) | 7202 - II (2) | 3364 -II (2) |
| 1551 - III (3) | 7243 (1) | 3370- III (3) |
| 1602 (1) | 7312 - II (2) | 3371- III (3) |
| 1607- III (3) | 7520 - II (2) | 3390 -II (2) |
| 1614 - IIII (4) | 7703- III (3) | 3374 (1) |
| 1621 - II (2) | 7706- IIII (4) | 3394 (1) |
| 1660 (1) | 7720 (1) | 7405- II (2) |
| 1675-(1) | 7724 (1) | 3406-II (2) |
| 1683- II (2) | 7746XD - III (3) | 3408- II (2) |
| 1714 -(1) | 7750 (1) | 3472- III (3) |
| 1779- MI III (8) | | 3481- II (2) |
| 1741 (1)   Fuel | 3005- III (3) | 3497 (1) |
| 1748 (1) | 3120 (1) | 3567 (1) |
| 1759- III (3) | 3148- II (2) | 3531- II (2) |
| 1764 - III (3) | 3189- III (3) | 3582-(1) |

3011 (1)                    3518 -(1)

1044 MP (1)                 3899 - 111 (3)

3562 - 11 (2)               3950 - 111 (3)

3583 - 11 (2)               3960 - 11 (2)

3584 (1)                    3965 - 1111 (4)

3587 - 111 (3)              3966 - 1111 (4)

3588 - 1111 (4)             3968 - 111 (5)

3595 - (1)                  4006 - 111 (3)

3604 (1)                    4043 - 111 (3)

3621 (1)                    4066 (1)

3626 (1)                    4071 (1)

3636 (1)                    4074 (1)

3640 - 11 (2)    Komatsu Filter   600 - 319 - 4540 - 11111 (8)

3644 - 1111 (5)             600 - 319 - 3550 - 1111 1111 1 (11)

3651 - 111 (3)              600 - 319 - 3520 - 1111 11 (7)

3651 XE - 11 (2)            4104 - (1)

3674 - 11 (2)               4196 - 1111 (5)

3691 (1)                    4348 - 111 (3)

3490 - (1)                  4389 - 11 (2)

3698 - 111 (3)              4390 - (17)

3711 - (1)                  4428 - (11)

3721 - 111 (3)    HACK FILTER   25MF4368 - 1111 (4)

3722 (1)                    4842 - 1111 111 (8)

3910 - (1)                  600 - 319 - 3510 - 1111 1 (6)

3732 - (1)                  6754 - 71 - 6300 - 11 (2)

3787 - 11 (2)               207 - 60 - 71182 - 111 (3)

3818 - 11 (2)               6754 - 79 - 6140 - 11 (2)

3811 (1)

Parts Room                               Pg 8

Filters AIR - 2547 - 111 (3)    6438 -(11)          6766 -(3)
          2209-(1)              6449-(4)            6909-(1)
          2245(1)               6474 -(1)           6934-(1)
          2382 - 11 (2)         6475-(1)            9136 -(2)
          2383-(1)              6477-(2)            6671-(1)
          2443(1)               6478-(1)            case-87440p51-(1)
          2487(1)           cat 131-8822-(4)        case-25429341-(4)
          2488(1)          Komatsu 600-185-4100-(4) 9160 (2)
          2520 - 11 (2)         6479-(3)            9184(1)
          2521(1)               6484-(1)            case-255288A/(2)
          2547(1)               6486-(1)            9782-(1)
          2610-(1)              6489-(2)             9783-(1)
          2635(1)               6490-(1)            9883-(1)
          2636(1)               6507-(2)            9986-(2)
          2731-11(2)            6510-(1)         cat 245-7823-(7)
          2776-(1)              6595-(1)         cat CT-0988-(10)
          2784(1)               6569-(1)         cat 183-2813 (1)
          2803(1)               6607(1)          cat 305-0325 (6)
          2804-(1)              6626(1)          cat CT-5068-(4)
          2808-PN11111(8)       6700-(2)         cat 245-6375-(1)
          2961-(1)              6701-(1)            6726-(1)
          2966(1)               6702-(2)
          6011-(1)          cat 131-8821-(1)
          6099-(1)              6744-(2)
          6255(1)               6745-(1)
          6353(1)               6749-(2)
          6418-11(2)   Komatsu 600-185-3100-(3)

## Cat Filters

1R-1808 (14)     179-980C (2)
1R-0716 (2)
1R-1807 (8)
1R-0735 (4)
4T-6788 (3)
7W-2327 (5)
7W-2326 (3)
1R-0734 (7)
1R-0773 (2)
1R-0774 (3)
1R-0777 (6)
1R-0735 (2)
693-7521X (2)
126-1813 (1)
1R-1905-B (6)
G-8878 (1)
102-2824 (1)
133-5673 (5)
152-3180 (3)
228-9130 (1)
9M-2341 (3)
326-1644 (11)
145-4501 (3)
1R-0762 (10)
1R-0751 (9)
1R-0751 (6)