B6D (Official Form 6D) (12/07)

In re **Sand Hill Foundation, LLC**  Case No. **10-90209**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Caterpillar Financial Services** <br> PO Box 730681 <br> Dallas, TX 75373-0681 | X | DATE INCURRED: <br> NATURE OF LIEN: **Equipment and Vehicle Loan(s)** <br> COLLATERAL: **UCC-1, Equipment and Vehicles [Exh. D-1]** <br> REMARKS: **See Exhibit D-1** <br><br> VALUE: $6,200,000.00 | | | | $1,912,498.08 | |
| ACCT #: <br> **CCLA, L.L.C.** <br> Attn: Clay Keath <br> PO Box 3223 <br> Lufkin, TX 75903 | | DATE INCURRED: <br> NATURE OF LIEN: **M&M Lien** <br> COLLATERAL: **Wells #2 & #5** <br> REMARKS: <br><br> VALUE: $0.00 | X | X | X | $50,500.00 | $50,500.00 |
| ACCT #: <br> **Citizens State Bank** <br> **Box 380** <br> **Tenaha, TX 75974** | | DATE INCURRED: <br> NATURE OF LIEN: **Equipment and Vehicle Loan(s)** <br> COLLATERAL: **Equipment and Vehicles [Exh. D-1]** <br> REMARKS: **See Attached Exhibit D-1** <br><br> VALUE: $6,200,000.00 | | | | $35,796.91 | |
| ACCT #: <br> **CNH Capital America LLC** <br> PO Box 0507 <br> Carol Stream, IL 60132-0507 | | DATE INCURRED: <br> NATURE OF LIEN: **Equipment and Vehicle Loan(s)** <br> COLLATERAL: **Equipment and Vehicles [Exh. D-1]** <br> REMARKS: <br><br> VALUE: $6,200,000.00 | | | | $211,636.06 | |
| | | Subtotal (Total of this Page) > | | | | $2,210,431.05 | $50,500.00 |
| | | Total (Use only on last page) > | | | | | |

_____5_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Enviro-Vac, Ltd.<br>701 N. First St., Suite 109<br>Lufkin, TX 75901 | | DATE INCURRED:<br>NATURE OF LIEN: **Equipment Loan**<br>COLLATERAL: UCC-1, Equipment and Vehicles [Exh. D-1]<br>REMARKS:<br>VALUE: $6,200,000.00 | | | | $600,000.00 | |
| Representing:<br>Enviro-Vac, Ltd. | | Jeff S. Chance<br>517 S. First Street<br>Lufkin, TX 75901 | | | | Notice Only | Notice Only |
| ACCT #:<br>Enviro-Vac, Ltd.<br>701 N. First St., Suite 109<br>Lufkin, TX 75901 | | DATE INCURRED:<br>NATURE OF LIEN: **Equipment and Vehicle Leases**<br>COLLATERAL: Equipment and Vehicles<br>REMARKS:<br>VALUE: $6,200,000.00 | | | | $81,453.72 | |
| Representing:<br>Enviro-Vac, Ltd. | | Jeff S. Chance<br>517 S. First Street<br>Lufkin, TX 75901 | | | | Notice Only | Notice Only |

Sheet no. __1__ of __5__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$681,453.72**  $0.00
Total (Use only on last page) >

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
In re **Sand Hill Foundation, LLC**  Case No. **10-90209**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Ford Credit**<br>PO Box 650575<br>Dallas, TX 75265-0575 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Vehicle Loan(s)**<br>COLLATERAL:<br>**Vehicles [Exh. D-1]**<br>REMARKS:<br>**See Exhibit D-**<br>VALUE: $6,200,000.00 | | | | $234,393.51 | |
| ACCT #: xxxxxx2-001<br>**GE Capital**<br>PO Box 740425<br>Atlanta, GA 30374-0425 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Equipment and Vehicle Loan(s)**<br>COLLATERAL:<br>**Equipment and Vehicles [Exh. D-1]**<br>REMARKS:<br>**See attached Exhibit D-2**<br>VALUE: $6,200,000.00 | | | | $28,443.39 | |
| ACCT #: xxxxxx3-001<br>**GE Capital**<br>PO Box 536447<br>Atlanta, GA 30353-6447 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Equipment and Vehicle Loan(s)**<br>COLLATERAL:<br>**Equipment and Vehicles [Exh. D-1]**<br>REMARKS:<br>VALUE: $6,200,000.00 | | | | $59,003.04 | |
| ACCT #:<br>**Henry & Patricia Twomey**<br>432 CR 429<br>Tenaha, TX 75974 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Secured Loan**<br>COLLATERAL:<br>**35.395 acs, A-672 WD Thompson, Panola County,**<br>REMARKS:<br>VALUE: $113,260.00 | | | | $25,000.00 | |

Sheet no. __2__ of __5__ continuation sheets attached  Subtotal (Total of this Page) >  $346,839.94  $0.00
to Schedule of Creditors Holding Secured Claims  Total (Use only on last page) >

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
In re **Sand Hill Foundation, LLC**  Case No. **10-90209**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Holt Cat**<br>PO Box 207916<br>San Antonio, TX 78220-7916 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC-1**<br>COLLATERAL:<br>**Equipment**<br>REMARKS:<br>**Assigned to Caterpillar**<br><br>VALUE: $6,200,000.00 | | | | $0.00 | |
| ACCT #:<br>**Komatsu Financial**<br>PO Box 9303<br>Chicago, IL 60693-9303 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Equipment and Vehicle Loan(s)**<br>COLLATERAL:<br>**UCC-1, Equipment and Vehicles [Exh. D-1]**<br>REMARKS:<br><br>VALUE: $6,200,000.00 | | | | $308,915.72 | |
| ACCT #:<br>**Power Funding, Ltd.**<br>815 Rice Rd.<br>Tyler, TX 75703 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Factoring Agmt.**<br>COLLATERAL:<br>**UCC-1, Accounts Receivable**<br>REMARKS:<br><br>VALUE: $3,318,703.48 | | | | $200,000.00 | |
| ACCT #:<br>**Rycar Investments, LLC**<br>620 State Highway 87 North<br>Center, TX 75935 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage Loan**<br>COLLATERAL:<br>**UCC-1, 5 acs, Israel N. Burt Survey, A-90, Panola**<br>REMARKS:<br><br>VALUE: $50,000.00 | | | | $2,522,646.65 | $2,472,646.65 |

Sheet no. __3__ of __5__ continuation sheets attached  Subtotal (Total of this Page) >  $3,031,562.37  $2,472,646.65
to Schedule of Creditors Holding Secured Claims  Total (Use only on last page) >

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
In re **Sand Hill Foundation, LLC**　　　　　　　　　　　Case No. **10-90209**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Representing: Rycar Investments, LLC | | J.R. Wilson, Jr. 1465 Municipal Ave., Suite 3417 Plano, TX 75074 | | | | Notice Only | Notice Only |
| ACCT #: xxxx5645 Sabine State Bank & Trust Co., Inc. PO Box 670 Many, LA 71449 | X | DATE INCURRED: NATURE OF LIEN: **Mortgage Loan** COLLATERAL: A/R, 7.041 acs, Tompson A-672 and 4 acs, Wilson REMARKS: VALUE: $9,982,403.48 | | | | $2,268,134.55 | |
| ACCT #: xxxx9730 Sabine State Bank & Trust Co., Inc. PO Box 670 Many, LA 71449 | X | DATE INCURRED: NATURE OF LIEN: **Mortgage Loan** COLLATERAL: 7.041 acs, Tompson A-672 and 4 acs, Wilson A-75 REMARKS: VALUE: $463,700.00 | | | | $365,887.24 | |
| ACCT #: Sabine State Bank & Trust Co., Inc. PO Box 670 Many, LA 71449 | X | DATE INCURRED: NATURE OF LIEN: **Mortgage Loan** COLLATERAL: 183 acs, A-0051 Byfield Holmes, Shelby County, T REMARKS: VALUE: $227,440.00 | | | | $43,693.69 | |

Sheet no. __4__ of __5__ continuation sheets attached　　Subtotal (Total of this Page) >　$2,677,715.48　$0.00
to Schedule of Creditors Holding Secured Claims　　　　Total (Use only on last page) >

(Report also on Summary of Schedules.)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
In re **Sand Hill Foundation, LLC**    Case No. **10-90209**
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Sabine State Bank & Trust Co., Inc.<br>PO Box 670<br>Many, LA 71449 | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Equipment and Vehicle Loans**<br>COLLATERAL:<br>**Equipment and Vehicles [Exh. D-1]**<br>REMARKS:<br><br>VALUE: $6,200,000.00 | | | | $438,784.58 | |
| ACCT #:<br>Volvo Financial Services<br>PO Box 7247-0236<br>Philadelphia, PA 19170-0236 | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Equipment and Vehicle Loan(s)**<br>COLLATERAL:<br>**Equipment and Vehicles (Exh. D-__)**<br>REMARKS:<br><br>VALUE: $6,200,000.00 | | | | $13,604.90 | |

Sheet no. __5__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >   $452,389.48   $0.00
Total (Use only on last page) >   $9,400,392.04   $2,523,146.65
(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Sand Hill Foundation, LLC, Debtor

10-90209

# Exhibit D-1

SAND HILL FOUNDATION, LLC
Debtor

CASE NO. 10-90209

## EXHIBIT D-1

**Creditor:**
Citizens State Bank
PO Box 380
Tenaha, TX 75974

| Collateral | Value of Collateral | Amount Owed |
|---|---|---|
| 2008 GMC, 2GTEK133681239421 Acc. 0120288300017 | 20,000.00 | 8,087.58 |
| 2008 GMC, 3GTEK13M08G105066 Acc. 1202883500016 | 20,000.00 | 3,906.56 |
| 2008 GMC, 3GTEK13J18G270579 Acc. 1202883500017 | 20,000.00 | 11,285.36 |
| 2008 GMC, 2GTEK13J38G313934 Acc. 1202883500018 | 20,000.00 | 12,517.41 |
| 2009 GMC 3GTEK23M69G178210 Acc. 1202883500019 | 25,000.00 | 18,352.16 |
| 2007 Bomag BW213DH3 901581521209 Acc. 8403272-001 | | |
| Total Owed: | | **35,796.91** |

**Creditor**
GE Capital
PO Box 740425
Atlanta, GA 30374-0425

| Collateral | Value of Collateral | Amount Owed |
|---|---|---|
| 2007 Bomag, BW2130H3 901587521209 Acc. 8403272-001 | 45,000.00 | 28,443.39 |

**Creditor**
GE Capital
PO Box 740425
Atlanta, GA 30374-0425

| Collateral | Value of Collateral | Amount Owed |
|---|---|---|
| 2007 Mack Dump, 1M2AT04Y27MOD1984 Acc. 9642573-001 | 75,000.00 | 59,003.04 |

**Creditor**
Volvo Financial Services
PO Box 7247-0236
Philadelphia, PA 19170-0236

| Collateral | Value of Collateral | Amount Owed |
|---|---|---|
| 2001 Ingersoll-Rand SD 100D 168441 Acc. 502-7535276-001 | 80,000.00 | **13,604.90** |

**Creditor**
CNH Capital America LLC
PO Box 0507
Carol Stream, IL 60132-0507

| Collateral | Value of Collateral | Amount Owed |
|---|---|---|
| Case MX 245 28R203149 Reynolds 14 yd. Scraper 14CS10-S/N 34961 Acc. 80550001 | 175,000.00 | 106,928.37 |
| Kobelco Excavator SK210CL Y008U3019 Acc. 71453001 | | 56,621.22 |
| Case CX240 Long stick Excavator DAC241745 Acc. 581002 | | 48,086.47 |
| Total Owed | | **211,636.06** |

**Creditor**
Komatsu Financial
PO Box 99303
Chicago, IL 60693-9303

| Collateral | Value of Collateral | Amount Owed |
|---|---|---|
| D65 PX-15E Crawler Dozer  S/N 71067<br>Acc. 777-0059-731-003 | | 138,762.35 |
| D41P - 6C Crawler Dozer S/N: B41381<br>Acc. 777-0059731-004 | | 94,087.69 |
| PC 200LC-8 Hydraulic Excavator S/N: C60773<br>Acc. 777-0059731-005 | | 57,335.18 |
| SK 1020-5-U17 Skid Steer Loader A70544<br>Acc.777 0059731-002 | | 18,730.50 |
| Total Owed | | **308,915.72** |

**Creditor**
Caterpillar Financial Services
PO Box 730681
Dallas, TX 75373-0681

| Collateral | Value of Collateral | Amount Owed |
|---|---|---|
| 2007 CAT 320 DL/PHXD0296<br>Acc. 001-0480857-000 | | 47,085.01 |
| 2008 CAT 320DL/PHX D1187 | | 142,387.92 |
| 2007 140H/CCA 03623<br>2007 140H/22K07381<br>2007 140H/22K07385<br>Acc. 001-0525427-000 | | 405,694.44 |
| D6TLGP/KJL00602<br>Acc. 001-0548860-001 | | 280,002.80 |
| D5K LGP/YYY00508<br>Acc. 001-0548860-000 | | 152,587.36 |
| D6TLGP/KJL 00696<br>Acc. 0010548860-003 | | 296,395.34 |
| D6TLGP/KJL 00675<br>Acc. 001-0548860-002 | | 290,510.25 |
| D6TLG/KJL 00699 | | 297,834.96 |

Acc. 001-0548860-004

                        Total Owed                      **1,912,498.08**

**Creditor**
Ford Credit
PO Box 650575
Dallas, TX 75265-0575

| Collateral | Value of Collateral | Amount Owed |
|---|---|---|
| 2007 Ford F150  1FTRF14W37KC75841  Acc. 42711452 | | 7,153.33 |
| 2008 Ford F150  1FTPX14V88FB51800  Acc. 43663769 | | 13,286.07 |
| 2007 Ford F150  1FTRX14W97NA26665 | | 9,305.69 |
| 2003 Linc. Navig. SLMFU27R93LJ39117  Acc. 42603368 | | 7,835.30 |
| 2007 Ford F150  1FTRF14W27KB48854  Acc. 41974062 | | 10,171.68 |
| 2008 Ford F150  1FTPX14W18KD71081  Acc. 43721335 | | 12,318.02 |
| 2008 Ford ISDuty 1FDXF47R88EB31194  Acc. 43345073 | | 17,240.15 |
| 2008 Ford F450  1FDXW47R78EA09605  Acc. 43501539 | | 20,807.27 |
| 2008 Ford F350  1FTWW31528ED87895  Acc. 43997407 | | 15,849.05 |
| 2008 Ford F250  1FINF21538ED87491  Acc. 44084952 | | 14,245.27 |
| 2008Ford F150  1FTRF14V18KD71119  Acc. 44101941 | | 12,576.52 |
| 2008 Ford F150  1FTVX14548KD71675  Acc. 44279049 | | 15,647.87 |
| 2008 Ford F350  1FDWW37WX8EE42025  Acc. 44337074 | | 18,000.66 |
| 2008 Ford Ranger 1FTYR14D18PB08108 | | 11,422.73 |

Acc.44410558

| | |
|---|---:|
| 2009 Ford F150 1FTRX14W79KA73150<br>Acc. 44692084 | 23,751.60 |
| 2009 Ford F150 1FTRX14W39FAO7784<br>Acc. 44692118 | 24,782.30 |
| Total Owed | **234,393.51** |

**Creditor**
Sabine State Bank
PO Box 670
Many, LA 71449

| Collateral | Value of Collateral | Amount Owed |
|---|---:|---:|
| 2009 Peterbilt 1XPXD49X19D774305<br>Acc. 14000476000 | 65,000.00 | 60,912.54 |
| 2009 Peterbilt 1XPXD49X19D774305<br>Acc. 14000478000 | 65,000.00 | 60,912.54 |
| 2004 Cat 420 Backhoe 420DHBLN08207<br>Acc. 14979643 000 | 25,000.00 | 15,399.45 |
| 2007 Load King (low boy) SLKL5335271026497<br>Acc. 14979667 | 20,000.00 | 6,299.83 |
| 2009 GMC Crew Cab 3GTEK23M99G152183<br>Acc. 14979684 | 25,000.00 | 22,924.10 |
| 2007 Hamm 3307 Drum Roller H1590782<br>Acc. 14979705 | 25,000.00 | 16,733.50 |
| 2009 F650 Ford Mechanic's Truck 3FRNF65HX9<br>Acc. 14979741 | 60,000.00 | 20,012.56 |
| 2004 IR Roller 177709<br>Acc. 14965394 | 40,000.00 | 32,009.54 |
| 2001 Barko 885B Fellerbuncher 10122947<br>2001 Barko 225 Loader 10123017<br>Acc. 14985556 | 50,000.00 | 7,566.45 |
| 2008 White GMC 3GTEK13J58G247337<br>Acc.14985617 | 20,000.00 | 16,495.00 |
| Timberjack 450C Skidder<br>Timberjack 460C Skidder<br>1990 Mack Barko loader | 25,000.00 | 12,722.45 |

Acc. 149 5646

| | | |
|---|---:|---:|
| 2004 Prentice 384 Log Loader 59159 | 50,000.00 | 10,009.45 |
| Acc. 149 5656 | | |
| 2005 Peterbilt | 60,000.00 | 39,312.07 |
| 2009 Westex | | |
| Acc. 14985630 | | |
| 12 Vacuum Trailers | 125,000.00 | 117,475.10 |
| Acc. 14985876 | | |
| | 645,000.00 | |
| Total Owed | | **438,784.58** |