## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**1970 Enterprises**<br>**PO Box 837**<br>**Center, TX 75935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,707.20** |
| ACCT #:<br>**Advantage Fluids, LLC**<br>**PO Box 1007**<br>**Joaquin, TX 75954** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$5,652.50** |
| ACCT #:<br>**Ark Assurance Group**<br>**PO Box 7280**<br>**Tyler, TX 76711-7280** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,870.81** |
| ACCT #:<br>**B.B. Chemicals, Inc.**<br>**PO Box 69337**<br>**Odessa, TX 79769** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$6,354.81** |
| ACCT #:<br>**Barco Pump**<br>**1130 Burt St.**<br>**Shreveport, LA 71107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$30,606.44** |
| ACCT #:<br>**Bass Drilling, Inc.**<br>**c/o David Lacy Pybus**<br>**Preis & Roy**<br>**601 Poydras, Suite 1700**<br>**New Orleans, LA 70130** | | DATE INCURRED:<br>CONSIDERATION:<br>**Pending Action/Judgment**<br>REMARKS:<br>**Suit currently pending**<br>**US District Court, Eastern District of Texas**<br>**(Lufkin)** | X | X | X | **$3,950,924.00** |

|  | Subtotal > | **$3,999,115.76** |
|---|---|---|

_____17_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| | | Case No. 9:09-cv-00187<br>Bass Drilling, Inc. v. Larry Eaves et al. | | | | |
| ACCT #:<br>**Bearing Service & Supply, Inc.**<br>**PO Box 7497**<br>**Shreveport, LA 71137-7497** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,031.74 |
| ACCT #:<br>**Bell Supply Co.**<br>**PO Box 842263**<br>**Dallas, TX 75284** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6,944.70 |
| ACCT #:<br>**Blue Cross Blue Shield of Texas**<br>**PO Box 660049**<br>**Dallas, TX 75266-0049** | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Insurance**<br>REMARKS: | | | | $16,795.61 |
| ACCT #:<br>**Bobcat Specialties LLC**<br>**304-A W. Main St.**<br>**Hallsville, TX 75650** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,101.62 |
| ACCT #:<br>**Bramblett Auto Parts**<br>**PO Box 190**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,815.65 |

Sheet no. ___1___ of ___17___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$31,689.32**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bridges Truck Parts**<br>**PO Box 13**<br>**Center, TX 75935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,479.10 |
| ACCT #:<br>**Burl's Collision Center**<br>**1207 N. Frisco St.**<br>**Henderson, TX 75652** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $369.28 |
| ACCT #:<br>**Calhoun Dirt Pits & Drilling Fluids**<br>**Attn. Riemer Calhoun, Jr.**<br>**PO Box 819**<br>**Mansfield, LA 71052** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $20,851.00 |
| ACCT #:<br>**Car-Tex Trailer Company, Inc.**<br>**7286 SE Loop**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,744.11 |
| ACCT #:<br>**Carthage Discount Tire & Brake**<br>**2003 West Panola**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,295.09 |
| ACCT #:<br>**Commiato's Machine & Repair Service, Inc**<br>**1141 NE Loop**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $188.59 |

Sheet no. ___2___ of ___17___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $28,927.17

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sand Hill Foundation, LLC**

Case No.  **10-90209**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Complete Vacuum & Rental, LLP**<br>**PO Box 360**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,535.00** |
| ACCT #:<br>**Construction Safety Products, Inc.**<br>**359 Mt. Zion Rd.**<br>**Shreveport, LA 71106-6565** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$35,215.23** |
| ACCT #:<br>**CSJ Enterprises, Inc.**<br>**c/o D. Brumley**<br>**13714 Hwy 171**<br>**Mansfield, LA 71052** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$195.00** |
| ACCT #:<br>**Cudd Pressure Control, Inc.**<br>**c/o William R. Sudela**<br>**Crady, Jewett & McCulley, LLP**<br>**2727 Allen Parkway, Suite 1700**<br>**Houston, TX 77019** | | DATE INCURRED:<br>CONSIDERATION:<br>**Pending Action**<br>REMARKS:<br>**Cause No. 09CV30,785; Cudd Pressure Control, Inc. vs Sand Hill et al; District Court of Shelby County, Texas** | X | X | X | **$81,575.00** |
| ACCT #:<br>**Darby Equipment Company**<br>**3913 West Marshall Ave.**<br>**Longview, TX 75604** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$2,864.47** |
| ACCT #:<br>**Dustin Bailey**<br>**1008 Southview Circle**<br>**Center, TX 75935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$23,700.00** |

Sheet no. ___3___ of ___17___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$146,084.70**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re    **Sand Hill Foundation, LLC**

Case No.   **10-90209**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Earnes Investments LLC/Earnest Trucking**<br>**3820 W. 70th Street**<br>**Shreveport, LA 71108-4204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $29,966.36 |
| ACCT #:<br>**Earth Management Services, Inc.**<br>**PO BOX 5926**<br>**Shreveport, LA 71135-5926** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,588.75 |
| ACCT #:<br>**East Mountain Salt Water Disposal, LTD**<br>**PO Box 464**<br>**Kilgore, TX 75663-0464** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,424.00 |
| ACCT #:<br>**East Texas Truck Alignment, LLC**<br>**7382 US 59 S**<br>**Marshall, TX 75672** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,626.25 |
| ACCT #:<br>**East Texas Welding & Press**<br>**PO Box 631666**<br>**Nacogdoches, TX 75963** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $428.67 |
| ACCT #:<br>**Enviropave LLC**<br>**PO Box 762**<br>**Kilgore, TX 75663** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,152.50 |

Sheet no. ___4___ of ___17___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $47,186.53

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sand Hill Foundation, LLC**

Case No. __10-90209__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ETOX**<br>3372 SSW Loop 323<br>**Tyler, TX 75701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,371.34 |
| ACCT #:<br>**Evergreen Tank Solutions**<br>PO Box 840600<br>**Dallas, TX 75284-0600** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $109,652.78 |
| ACCT #:<br>**Excel Ford Lincon Mercury**<br>2228 SE Loop<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,041.32 |
| ACCT #:<br>**Few Ready Mix Concrete Co.**<br>PO Box 1870<br>**Jasper, TX 75951** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $10,682.11 |
| ACCT #:<br>**Fluid Disposal Specialties, Inc.**<br>PO Box 2850<br>**Ruston, LA 71273-2850** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $81,104.84 |
| ACCT #:<br>**Foley Services, Inc.**<br>PO Box 417<br>**Glastonbury, CT 0033** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6,830.66 |

Sheet no. __5__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $214,683.05

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re    **Sand Hill Foundation, LLC**

Case No.    **10-90209**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ford Credit**<br>**PO Box 650575**<br>**Dallas, TX 75265-0575** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $17,836.91 |
| ACCT #:<br>**G&K Services Co.**<br>**PO Box 2131**<br>**Coppell, TX 75019-8131** | | DATE INCURRED:<br>CONSIDERATION:<br>**Pending Action**<br>REMARKS:<br>**G&K Services Co. v. Delicia Eaves et al;**<br>**District Court of Panola County Texas** | X | X | X | $70,000.00 |
| ACCT #:<br>Galyean Equipment Co., Inc.<br>**PO Box 1686**<br>**Henderson, TX 75653-1686** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $49,848.59 |
| ACCT #:<br>**GE Capital**<br>**PO Box 740425**<br>**Atlanta, GA 30374-0425** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $28.09 |
| ACCT #:<br>**General Shelters of Texas, Ltd.**<br>**PO Box 2108**<br>**Center, TX 75935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6,375.00 |
| ACCT #:  xxx. xxxx08-02<br>**Geo Logic Environmental Services, LLC**<br>**PO Box 1904**<br>**Logview, TX 75606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $13,613.57 |

Sheet no. ___ **6** ___ of ___ **17** ___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $157,702.16

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sand Hill Foundation, LLC**

Case No. __10-90209__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>George C. Neale<br>c/o Eric E. Wolfgang<br>1601 Rio Grande St., Suite 335<br>Austin, TX 78701 | | DATE INCURRED:<br>CONSIDERATION:<br>**Pending Action**<br>REMARKS:<br>**Cause No. 070567; George C. Neale vs. Sand Hill Foundation, LLC; Small Claims Court, Precinct Five, Travis County, Texas** | X | X | X | $7,726.21 |
| ACCT #:<br>Hertz Equipment Rental Corp.<br>Attn. Wendy, Acc. Rep.<br>PO Box 650280<br>Dallas, TX 75265-0280 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $45,652.97 |
| ACCT #:<br>Holley Services, Inc.<br>PO Box 190<br>Tenaha, TX 75974 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,057.70 |
| ACCT #:<br>Hotsy Equipment<br>7031 JohnCarpenter Fwy.<br>Dallas, TX 75247 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,447.00 |
| ACCT #:<br>Industrial Oils Unlimited AR, Inc.<br>PO Box 21228<br>Tulsa, OK 74121-1228 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,407.90 |
| ACCT #:<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __7__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $63,291.78

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re    **Sand Hill Foundation, LLC**

Case No.    **10-90209**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**International Mill Service, Inc.**<br>**3881 Paysphere Circle**<br>**Chicago, IL 60674** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$11,769.95** |
| ACCT #:<br>**Iron Mountain Energy**<br>**PO Box 1065**<br>**Tatum, TX 75691** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$192.50** |
| ACCT #:<br>**J. Gregg Pritchard, Plan Trustee**<br>**c/o Patrick Kelley**<br>**Ireland, Carrol & Kelley, PC**<br>**6101 S. Broadway, Suite 500**<br>**Tyler, TX 75703** | | DATE INCURRED:<br>CONSIDERATION:<br>**Pending Action**<br>REMARKS:<br>**Pending Adversary 09-06011; US Bankruptcy**<br>**Court, Eastern District of Texas, Tyler Div.;**<br>**ECCO DRILLING CO. LTD., Debtor; Pritchard,** | X | X | X | **$782,974.18** |
| | | **Plan Trustee vs. Sand Hill** | | | | |
| ACCT #:<br>**JCS Fresh Water Facility**<br>**442 CR 408**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$258.40** |
| ACCT #:<br>**JCS Services**<br>**442 CR 408**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$850.00** |

Sheet no. _____8_____ of _____17_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$796,045.03**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sand Hill Foundation, LLC**

Case No.   **10-90209**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**John P. Gray**<br>**PO Box 635151**<br>**Nacodogdoches, TX 75963** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $880.00 |
| ACCT #:<br>**Katy Saltwater Disposal Co., Inc.**<br>**PO Box 5513**<br>**Longview, TX 75608** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $21.00 |
| ACCT #:<br>**Key Energy Services, Inc.**<br>**6 Desta Dr., Suite 4400**<br>**Midland, TX 79705** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Komatsu Financial**<br>**PO Box 9303**<br>**Chicago, IL 60693-9303** | | DATE INCURRED:<br>CONSIDERATION<br>**Equipment/Vehicles**<br>REMARKS: | | | | $38,141.53 |
| ACCT #:<br>**LA Ash, Inc.**<br>**PO Box 1395**<br>**Lake Charles, LA 70602** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $6,295.38 |
| ACCT #:<br>**Little Nut Oil Co.**<br>**344 Klondike St.**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $338,709.60 |

Sheet no. ____9____ of ____17____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$384,047.51**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sand Hill Foundation, LLC**

Case No.   **10-90209**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Longview Asphalt**<br>**PO Box 3661**<br>**Longview, TX 75606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $34,444.33 |
| ACCT #:<br>**Lufkin Rubber & Gasket Co., Inc.**<br>**PO Box 150356**<br>**Lufkin, TX 75915-0366** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $11,047.24 |
| ACCT #:<br>**Madden Contracting Co., Inc.**<br>**PO Box 856**<br>**Minden, LA 71058-0856** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $18,164.14 |
| ACCT #:<br>**Mettaurer, Shires & Adams**<br>**112 Cora St.**<br>**Center, TX 75935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal Fees**<br>REMARKS: | | | | $4,406.75 |
| ACCT #:<br>**MG Cleaners**<br>**PO Box 196**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $440.04 |
| ACCT #:<br>**MKO Trucking**<br>**388 CR 2450**<br>**Shelbyville, TX 75935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $262.50 |

Sheet no. ___10___ of ___17___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$68,765.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sand Hill Foundation, LLC**

Case No.   10-90209
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Monroe Brothers Paint & Shop, LLP**<br>1480 US Hwy. 59 N<br>Carthage, TX 75633 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,899.70 |
| ACCT #:<br>**Nacogdoches Memorial Hospital**<br>1204 Mount Street<br>Nacogdoches, TX 75961 | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $8,064.25 |
| ACCT #:<br>**Nash Trucking & Construction, Ltd.**<br>PO Box 235<br>Woodlawn, TX 75694 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $18,876.45 |
| ACCT #:<br>**National Pump & Compressor**<br>PO Box 21160<br>Beaumont, TX 77720-1160 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $7,356.75 |
| ACCT #:<br>**Omni Industrial Solutions LLC**<br>7031 Bryce Canyon Ave.<br>Creenwell Springs, LA 70739 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $41,659.73 |
| ACCT #:<br>**Pierce Construction, Inc.**<br>PO Box 69<br>Beckville, TX 75631 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $12,981.57 |

Sheet no. ___11___ of ___17___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $91,838.45

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sand Hill Foundation, LLC**

Case No.   **10-90209**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Premium Financing Specialists Corp.**<br>**PO Box 15089**<br>**Worcester, MA 01615-0089** | | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS:<br>**Acc. xx9311 $45,870.84**<br>**Acc. xx7248 $ 7,194.83**<br>**Acc. xx7660 $   893.97** | | | | $53,959.64 |
| ACCT #:<br>**Quill**<br>**PO Box 37600**<br>**Philadelphia, PA 19101-0600** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,478.74 |
| ACCT #:<br>**R&S Trucking**<br>**PO Box 99**<br>**Tenaha, TX 75974** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,280.00 |
| ACCT #:<br>**Regions Interstate Billing Services**<br>**Dept 1265**<br>**PO Box 2153**<br>**Birmingham, AL 35287-1265** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $24,532.65 |
| Representing:<br>**Regions Interstate Billing Services** | | **Transworld Systems Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | | | **Notice Only** |
| ACCT #:<br>**Robco Oilfield Service, Inc.**<br>**1145 Hwy 527**<br>**Elm Grove, LA 71051** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $364.00 |

Sheet no. ___12___ of ___17___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$86,615.03**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Sand Hill Foundation, LLC**

Case No.  __10-90209__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Romco Equipment Company**<br>PO Box 841496<br>Dallas, TX 75284-1496 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,522.57 |
| ACCT #:<br>**Sabine Disposal Seervices, LP**<br>PO Box 5156<br>Longview, TX 75608 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $448.00 |
| ACCT #:<br>**Safety-Kleen Systems, Inc.**<br>PO Box 650509<br>Dallas, TX 75265-0509 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $607.52 |
| ACCT #:<br>**Sand Hill Panola #2 Fresh Water Pond**<br>PO Box 837<br>Center, TX 75935 | | DATE INCURRED:<br>CONSIDERATION:<br>**Intercompany**<br>REMARKS: | | | | $8,982.24 |
| ACCT #:<br>**Sand Hill Panola SWD #2**<br>PO Box 837<br>Center, TX 75935 | | DATE INCURRED:<br>CONSIDERATION:<br>**Intercompany**<br>REMARKS: | | | | $11,431.20 |
| ACCT #:<br>**Sand Hill Panola SWD #5**<br>PO Box 837<br>Center, TX 75935 | | DATE INCURRED:<br>CONSIDERATION:<br>**Intercompany**<br>REMARKS. | | | | $29,540.00 |

Sheet no. ___13___ of ___17___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $52,531.53

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sand Hill Foundation, LLC**

Case No.  __10-90209__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sand Hill SWD #2**<br>**PO Box 837**<br>**Center, TX 75935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Intercompany**<br>REMARKS: | | | | $9,170.35 |
| ACCT #:<br>**Schaeffer Mfg. Co.**<br>**Dept. 3518**<br>**PO Box 70100**<br>**St. Louis, MO 63179-0100** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $572.72 |
| ACCT #:<br>**Scott Construction Equipment Co.**<br>**PO Box 7827**<br>**Shreveport, LA 71137-7827** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt/Pending Action**<br>REMARKS:<br>**Suit pending in 123rd/273rd District Court of Shelby County, Texas; Case No. 09CV30884; Scott Equipment v. Sand Hill et al** | | | | $53,177.03 |
| ACCT #:<br>**Shelby Regional Medical Center**<br>**602 Hurst St.**<br>**Center, TX 75935** | | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $9,391.45 |
| ACCT #:<br>**Shreveport Mack Sales, Inc.**<br>**PO Box 5857**<br>**Bossier City, LA 71171** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $49,728.92 |
| ACCT #:<br>**Stallion Production Services, LP**<br>**Dept. 392**<br>**PO Box 4346**<br>**Houston, TX 77210-4346** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $22,500.00 |

Sheet no. __14__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $144,540.47

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sun Coast Resources, Inc.**<br>PO Box 972321<br>Dallas, TX 75397-0321 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $18,986.45 |
| ACCT #:<br>**Terry Bailey**<br>1008 Southview Circle<br>Center, TX 75935 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS:<br>**1404 Motor Grater** | | | | $22,674.87 |
| ACCT #:  xxxxxxxxxxxxx xxxx0228<br>**Texas Mutual Insurance Co.**<br>6210 E. Highway 290<br>Austin, TX 78723-1098 | | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $12,108.00 |
| ACCT #:<br>**Tidal Tank**<br>1497 W. Cardinal Dr.<br>Beaumont, TX 77705 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $8,768.25 |
| ACCT #:<br>**Tifco Industries**<br>PO Box 40277<br>Houston, TX 77240-0277 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $4,541.52 |
| ACCT #:<br>**Tim Ables Trucking Co.**<br>PO Box 2947<br>Kilgore, TX 75663 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $500.00 |

Sheet no. __15__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $67,579.09

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Sand Hill Foundation, LLC**

Case No.   **10-90209**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Triple J. Energy Pipe & Supply, LP**<br>**422 East Sabine St.**<br>**Carthage, TX 75633** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,421.11 |
| ACCT #:<br>**Triple M. Saltwater Disposal, LP**<br>**PO Box 759**<br>**Kilgore, TX 75663** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $21,705.00 |
| ACCT #:<br>**United Rentals**<br>**3300 NE Loop 323**<br>**Tyler, TX 75708** | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $35,595.18 |
| ACCT #:<br>**US Attorney's Office** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**US Attorney's Office**<br>**350 Magnolia Ave., Suite 150**<br>**Beaumont, TX 77701-2248** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>**Vengroff, Williams & Assoc.**<br>**777 Larkfield Rd., Suite 116**<br>**Commack, NY 11725** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Tube City**<br>REMARKS: | | | X | $22,057.45 |

Sheet no. __16__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $80,778.74

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re  **Sand Hill Foundation, LLC**

Case No.  <u>10-90209</u>
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxxx-x0001<br>**Verizon Wireless**<br>PO Box 660108<br>Dallas, TX 75266-0108 | | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone**<br>REMARKS: | | | | $146.48 |
| ACCT #:<br>**Waukesha-Pearce Industries, Inc.**<br>3106 Hwy 42 N<br>Kilgore, TX 75662 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $79,301.12 |
| ACCT #:<br>**White Shaver, PC**<br>205 W. Locust<br>Tyler, TX 75702 | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $57,181.50 |
| ACCT #:<br>**Wilson Starter, Generator & Alternator**<br>PO Box 1221<br>Minden, LA 71058-1221 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,851.08 |
| ACCT #:<br>**Wilson's Culverts, Inc.**<br>PO Box 940<br>Elkhart, TX 75839 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $11,192.04 |
| ACCT #:<br>**Wingfoot Commercial Tire Systems, LLC**<br>Attn. Joe E. Riggins<br>PO Box 48<br>Fort Smith, AR 72902 | | DATE INCURRED:<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $32,161.70 |

Sheet no. <u>17</u> of <u>17</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$181,833.92**

Total >  **$6,643,255.24**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)