

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-90209 |
| | § | |
| SAND HILL FOUNDATION, LLC | § | CHAPTER 11 |
|    Debtor | § | |
| | § | |
| SAND HILL PANOLA SWD #2 LLC | § | CASE NO. 10-90210 |
|    Debtor | § | |
| | § | |
| SAND HILL PANOLA SWD #5 LLC | § | CASE NO. 10-90211 |
|    Debtor | § | |
| | § | |
| FORD MOTOR CREDIT COMPANY LLC | § | JOINTLY ADMINISTERED UNDER |
|    Movant | § | CASE NO. 10-90209 |
| | § | |

**ORDER GRANTING MOTION FOR APPROVAL OF
RULE 4001 STIPULATION BETWEEN DEBTOR
AND FORD MOTOR CREDIT COMPANY
ON TWO 2009 FORD F150 TRUCK**

On July 9, 2010, a "Motion for Approval of Stipulation Between Ford Motor Credit Company and

SAND HILL FOUNDATION, LLC, Debtor, Providing for Adequate Protection and For the Conditioning

of the Automatic Stay" (the "Motion") was filed in the above-referenced case. The Court finds that the

Motion was properly served pursuant to Federal and Local Rules of Bankruptcy Procedure and that it

contained the appropriate negative notice language pursuant to LBR 4001. The Court further finds that no

objections or other response to the Motion has been timely filed and, thus the allegations contained in the

Motion stand unopposed and, accordingly, good cause exists for the entry of the following order.

IT IS THEREFORE, ORDERED that the Motion is hereby GRANTED and the stipulation filed on

July 9, 2010, between Ford Motor Credit Company and the Debtor, SAND HILL FOUNDATION, LLC is

hereby APPROVED.

Signed on 07/28/2010

THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

APPROVED AS TO FORM AND CONTENT:

R. CHRISTOPHER NAYLOR
Attorney for Movant
State Bar No. 14829900
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
713/622-8338 (Phone)
713/622-4586 (Fax)

OF COUNSEL:

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
713/622-8338 (Phone)
713/622-4586 (Fax)