IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **SAND HILL FOUNDATION, LLC** xx-xxx2704 P.O. Box 1661, Center, TX 75935 | § § § § § § | CASE NO. 10-90209 |
| **SAND HILL PANOLA SWD #2 LLC** xx-xxx0136 P.O. Box 837, Center, TX 75935 | § § § § § | CASE NO. 10-90210 |
| **SAND HILL PANOLA SWD #5 LLC** xx-xxxx0409 P.O. Box 837, Center, TX 75935 | § § § § § § § | CASE NO. 10-90211 **JOINTLY ADMINISTERED under 10-90209** |
| Debtors | § | Chapter 11 |

**EMERGENCY MOTION OF SAND HILL FOUNDATION, LLC
TO INCUR POST PETITION DEBT AND
TO PURCHASE TWO (2) PETERBILT TRUCKS**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.  IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APEAR AT THE HEARING, YOUR OBJECTION MEY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE JUDGE OF SAID COURT:

SAND HILL FOUNDATION, LLC ("Sand Hill") debtor and debtor-in-possession in the above-captioned chapter 11 case hereby files this *Emergency Motion to Incur Post Petition Debt and to Purchase Two (2) Peterbilt Trucks* (the "Motion") pursuant to 11 U.S.C. §§ 363 and 364 and Rule 4001 of the Federal Rules of Bankruptcy Procedure. In support of this Motion, the Debtor respectfully represents as follows:

I.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 157 and 1334. These matters concern the administration of these bankruptcy estates; accordingly, the matters are core proceedings pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. §§ 363 and 364 and FED. R. BANKR. P. Rules 2002, 4001, and 6004 (the "Bankruptcy Rules").

II.

**BACKGROUND**

2. On May 25, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. The Debtor is operating its business as debtor-in-possession pursuant to § 1107(a) and § 1108 of the Bankruptcy Code.

4. No request for the appointment of a trustee or examiner has been made in the Debtor's chapter 11 case. An Official Committee of Unsecured Creditors has been appointed.

5. The Debtor is an oil and gas service and oil field construction company. The Debtor's major areas of operations are located in East Texas, primarily in Shelby and Panola Counties in Texas.

**Operations**

6. The Debtor employs approximately 140 people, own numerous vehicles and equipment. The Debtor's operations require significant expenditures for payroll, fuel, parts and other operational needs.

7. The Debtor currently owns three (3) Peterbilt trucks identified as:

   a) 1999 Peterbilt, SIN 1XP5D89X0XD466146

   b) 2000 Peterbilt, SIN 1XP5D69X6YD495059

   c) 2005 Peterbilt, SIN 1XP5D89X25N853434

8. The trucks are financed by and subject to liens of Enviro-Vac, Ltd. ("Enviro-Vac")

9. Enviro-Vac has filed its Motion for Relief from Automatic Stay Against Property. In response to such motion, the Debtor has assessed the necessity of these trucks to its reorganization efforts and ongoing operations. In the Debtor's business judgment, these three (3) trucks can and should be replaced by two (2) newer trucks. The cost of repairs, ongoing maintenance and debt service on the three (3) trucks exceeds the estimated costs for the two replacement trucks.

### III.

### RELIEF REQUESTED AND BASIS THEREFOR

10. The Debtor has located two (2) 2011 Peterbilt trucks for a total sales price of $237,312.04 at Rush Truck Center in Tyler, Texas.

11. Pursuant to 11 U.S.C. § 1107 and § 1108, Sand Hill Foundation, LLC, as debtor-in-possession has the authorization to operate its business in the ordinary course. The purchase of the two (2) 2011 trucks is arguably within the Debtor's ordinary course of business. However, due to the amount of the sales price, the purchase could be determined to be outside the ordinary

course of Debtor's business. To avoid any doubt, the Debtor seeks approval of the purchase of the two (2) 2011 Peterbilt trucks from Rush Truck Center for the total amount of $237,312.04. The purchase will improve the Debtor's cash flow and minimize interruption to the Debtor's operations.

12. Sabine State Bank & Trust Co. ("Sabine State Bank") has agreed to finance the purchase of the two (2) 2011 Peterbilt trucks on the following terms:

| | |
|---|---|
| Borrower: | Sand Hill Foundation, LLC |
| Amount: | $250,000.00 |
| Interest Rate: | six percent (6%) fixed for 36 months |
| Collateral: | two (2) Peterbilt trucks |
| Payments: | $7,611.57 due on the 25th of each month |
| Total Repayment: | $274,016.52 |

13. By filing this Motion, the Debtor respectfully requests permission from this Court to incur post petition financing from Sabine State Bank to purchase the two (2) 2011 Peterbilt trucks from Rush Truck Center for the purchase price of $237,312.04 and to provide Sabine State Bank a first lien security interest in and against the two (2) trucks.

14. Section 364(2) of the Bankruptcy Code provides that a debtor may incur debt secured by a lien on property of the estate that is not otherwise subject to a lien.

15. The Debtor is unable to obtain financing of the purchase on an unsecured basis. The Debtor believes the terms of the financing are fair and that the proposed financing and purchase of the two (2) trucks is in the best interest of the estate.

### IV.

### **NOTICE**

The Debtor has served notice of this Request on: (i) the Debtor; (ii) the U.S. Trustee; (iii) the Debtor's secured creditors; (iii) the Debtor's 20 largest unsecured creditors (on a consolidated basis); (iv) members of and counsel for the Official Committee of Unsecured

Creditors; (v) all applicable government agencies, to the extent required by Bankruptcy Rules or the Bankruptcy Local Rules for the Eastern District of Texas; and all parties requesting; (vi) those parties who have formally appeared and requested notice in this case pursuant to Bankruptcy Rule 2002.  The Debtor submits that no other or further notice need to be provided.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Court enter an order granting the relief requested herein and awarding the Debtor such other and further relief as the Court may deem just and proper.

Dated:  August 30, 2010.

Respectfully submitted,

OPPEL, GOLDBERG & WILLIAMS, P.L.L.C.

By: */s/ Jeffrey Wells Oppel*
  Jeffrey Wells Oppel
  TSBN 15291800
1010 Lamar Suite 1420
Houston, TX  77002
(713) 659-9200
(713) 659-9300 (Fax)

ATTORNEYS FOR DEBTORS
SAND HILL FOUNDATION, LLC,
SAND HILL PANOLA SWD #2 LLC,
and SAND HILL PANOLA SWD #5 LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of August, 2010, true and correct copies of the foregoing instrument were served on all parties on the attached service list by first class US mail, postage prepaid.  Service on known Filing Users will automatically be accomplished through Notice of Electronic Filing as contemplated by this Court's Administrative Procedures for Electronic Filing.

*/s/ Jeffrey Wells Oppel*
Jeffrey Wells Oppel

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SAND HILL FOUNDATION, LLC, | § | CASE NO. 10-90209 |
| SAND HILL PANOLA SWD #2 LLC, | § | CASE NO. 10-90210 |
| SAND HILL PANOLA SWD #5 LLC, | § | CASE NO. 10-90211 |
| Debtors | § | Chapter 11 |
| | § | Jointly Administered |
| | § | under 10-90209 |

## SERVICE LIST

U.S. Trustee
Timothy W. O'Neal
Assistant U.S. Trustee
Office of The United States Trustee
110 North College Avenue, Rm. 300
Tyler, Texas 75702
-------------------------------------------

Sabine State Bank & Trust Co., Inc
P.O. Box 670
Many, LA 71449

J. Gregg Pritchard, Plan Trustee
c/o Patrick Kelley, Attorney
Ireland, Carrol & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703

Little Nut Oil Co.
344 Klondike St.
Carthage, TX 75633

Waukesha-Pearce Industries, Inc
3106 Hwy 42 N.
Kilgore, TX 75662

G&K Services Co.
PO Box 2131
Coppell, TX 75019-8131

Scott Construction Equipment Co.
PO Box 7827
Shreveport, LA 71137-7827

Shreveport Mack Sales, Inc.
PO Box 5857
Bossier City, LA 71171

Debtor(s)
Sand Hill Foundation, LLC
Sand Hill Panola SWD #2 LLC
Sand Hill Panola SWD #5 LLC
P.O. Box 1661
Center, TX 75935-1661
-------------------------------------------
Bass Drilling, Inc.
c/o David Lacy Pybus, Attorney
Preis & Roy
601 Poydras, Suite 1700
New Orleans, LA 70130

Cudd Pressure Control, Inc.
c/o William R. Sudela, Attorney
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019

Fluid Disposal Specialties, Inc.
PO Box 2850
Ruston, LA 71273-2850

Panola County Tax Office
110 S. Sycamore, Room 211
Carthage, TX 75633

CCLA, LLC
Attn: Clay Keath
PO Box 3223
Lufkin, TX 75903

Hertz Equipment Rental Corp.
Attn: Wendy, Acc. Rep
PO Box 650280
Dallas, TX 75265-0280

Oilfield Innovators Limited LLC
315 South College Rd., Suite 285
Lafayette, LA 70503

-------------------------------------------
Rycar Investments, LLC
620 State Highway 87 North
Center, TX 75935

Evergreen Tank Solutions
711 W. Bay Area Blvd., Suite 560
Webster, TX 77598

Internal Revenue Service
Ogden, UT 84201-0039

White Shaver, PC
205 W. Locust
Tyler, TX 75702

Galyean Equipment Co, Inc.
PO Box 1686
Henderson, TX 75653-1686

Omni Industrial Solutions LLC
7031 Bryce Canyon Ave.
Greenwell Springs, LA 70739

Mi Swaco
5750 LA Hwy 90 East
Broussard, LA 70518

CC Forbes Company LP
PO Box 250
Alice, TX 78333

Frank Hemm Associates
5375 E. Loop 281 S.
Longview, TX 75602

Express Energy Svcs. Operating LP
PO Box 975401
Dallas, TX 75397-5401

Pro-Test, Inc.
454 FM 1252 E.
Kilgore, TX 78662

T-3 Energy Services
7345 Julie Frances Rd.
Shreveport, LA 71129

Caterpillar Financial Services
PO Box 730681
Dallas, TX 75373

HF Oilfield Supply LLC
117 South Shelby St.
Carthage, TX 75633

CNH Capital America LLC
PO Box 0507
Carol Stream, IL 60132-0507

Enviro-Vac, Ltd.
701 N. First St., Suite 109
Lufkin, TX 75901

Citizens State Bank
Box 380
Tenaha, TX 75974

GE Capital
PO Box 740425
Atlanta, GA 30374-0425

Henry & Patricia Twomey
432 CR 429
Tenaha, TX 75974

Ford Credit
PO Box 650575
Dallas, TX 75265-0575

Komatsu Financial
PO Box 9303
Chicago, IL 60693-9303

Power Funding, Ltd.
815 Rice Rd.
Tyler, TX 75703

Holt Cat
PO Box 207916
San Antonio, TX 78220-7916

Volvo Financial Services
PO Box 7247-0236
Philadelphia, PA 19170-0236

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

United States Attorney's Office
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

-----------------------------------------  -----------------------------------------  -----------------------------------------

<u>Unsecured Creditors Committee</u>
David Barber
Omni Industrial Solutions, LLC
7031 Bryce Canyon Ave.
Greenwell Springs, LA 70739

Heath Nutt
Little Nutt Oil Co.
344 Klondike St.
Carthage, TX 75633

Anthony W. Price
Shreveport Mack Sales, Inc.
PO Box 5857
Bossier City, LA 71171

Mark Morris
Evergreen Tank Solutions
711 W. Bay Area Blvd., Suite 560
Webster, TX 77598

Elam A. "Freddy" Nixon
Bass Drilling, Inc.
c/o Preis & Roy, PLC
24 Greenway Plaza, Suite 2050
Houston, TX 77046

-----------------------------------------  -----------------------------------------  -----------------------------------------

<u>Parties Requesting Service</u>
Andrew Dylan Wood
Attorney for Panola County
PO Box 165001
Austin, TX 78716

Patrick Kelley
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, TX 75703

John P. Dillman
Linebarger Goggan Blair & Sampson
PO Box 3064
Houston, TX 77253-3064

John L. Whitehead
Sabine State Bank & Trust Co.
PO Box 1127
Natchitoches, LA 71458-1127

David Lacy Pybus
Preis & Roy, PLC
24 Greenway Plaza, Suite 2050
Houston, TX 77046

Jason R. Searcy
Searcy & Searcy, P.C.
PO Box 2929
Longview, TX 75606

Steven C. Haley
Moorman, Tate, Moorman,
 Urquhart & Haley, LLP
PO Box 1808
Brenham, TX 77834-1808

John Mayer
Ross, Banks, May, Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, TX 77056

Scott A. Ritcheson
Ritcheson, Lauffer & Vincent, PC
821 ESE Loop 323, Suite 530
Tyler, TX 75701

7

R. Christopher Naylor
Kathrin B. Davis
Devlin, Naylor & Turbyfill, PLLC
4801 Woodway, Suite 420 West
Houston, TX 77056-1805

Jeffrey M. Hirsch
Schlanger, Silver, Barg & Paine, LLP
109 North Post Oak Ln., Suite 300
Houston, TX 77024

James W. King
Offerman & King, LLP
6420 Wellington Place
Beaumont, TX 77706

Peter Ito
Kristin Jain
Megan Adeyemo
Gordon & Rees LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202

Howard C. Rubin
Daniel P. Callahan
Kessler & Collins
2100 Ross Ave., Suite 750
Dallas, TX 75201

Ben L. Aderholt
Looper Reed & McGraw
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Kathleen N. Reed
Navistar Financial Corporation
425 N. Martingale Rd., 18th Floor
Schaumburg, IL 60173

Michael E. Gazette
Law Offices of Michael E. Gazette
100 E. Ferguson St., Suite 1000
Tyler, TX 75702-5706

Michael P. Ridulfo
Angela N. Offerman
Brown McCarroll, LLP
1111 Bagby, 47th Floor
Houston, TX 77002

Michael A. Crawford
Taylor, Porter, Brooks & Phillips LLP
PO Box 2471
Baton Rouge, LA 70821-2471

Charles E. Lauffer, Jr.
Ritcheson, Lauffer & Vincent, PC
821 ESE Loop 323, Suite 530
Tyler, TX 75701

Robert A. Sherman
312 West Sabine
PO Box 351
Carthage, TX 75633