IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SAND HILL FOUNDATION, LLC, | § | CASE NO. 10-90209 |
| | § | |
| SAND HILL PANOLA SWD #2 LLC, | § | CASE NO. 10-90210 |
| | § | |
| SAND HILL PANOLA SWD #5, LLC, | § | CASE NO. 10-90211 |
| | § | |
| DEBTORS | § | CHAPTER 11 |
| | § | Joint Administration under #10-90209 |

## OBJECTION TO DEBTOR'S MOTION SEEKING EXTENSION OF EXCLUSIVITY FOR TIME TO FILE PLAN AND DISCLOSURE STATEMENT

Bass Drilling, Inc. ("Bass Drilling") files this Objection to the Debtor's Motion Seeking Extension of Exclusivity for Time to File Plan and Disclosure Statement (the "Motion") and would respectfully show the Court as follows:

1.      Bass Drilling joins the Objection by the Official Committee of Unsecured Creditors (the "Committee") (see D.E. 198), on the same grounds and on the grounds listed below.

2.      In addition, Sand Hill's ability to pay unsecured creditors depends to a great extent on the value of the two salt water disposal wells it owns. In its initial filings, the Debtor failed to state a reliable valuation of the wells. Instead, it apparently relied solely on number taken from a purchase offer received shortly before bankruptcy. While this offer is some indication of value, it is likely that the real value is higher. As a condition of any relief granted, the Committee should be permitted to obtain an independent valuation of the wells, to permit it and the remaining unsecured creditors to evaluate any plan prepared by the Debtor and to prepare their own plan, if need be.

3.    The value of the debtor's construction and water disposal business is also in question.

For the same reasons, an examiner should be appointed to to value Sand Hill itself.

Bass Drilling, Inc. respectfully requests that the relief requested in the Motion be denied and

for such other and further relief to which it may be entitled.

Respectfully submitted,

PREIS & ROY, P.L.C.

/s/ *David L. Pybus*
David L. Pybus
Texas State Bar. No. 16418900
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Phone: (713) 355-6062
Fax:    (713) 572-9129

OF COUNSEL:

Preis & Roy, P.L.C.
William W. Fitzgerald
Texas State Bar No. 24038898
Margaret A. Lalande
Texas State Bar No. 24070099
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Phone: (713) 355-6062
Fax:    (713) 572-9129

Gary Coker
State Bar No. 04526000
Germer Gertz
P.O. Box 4915
550 Fannin, Suite 400
Beaumont, TX 77704
Tel: (409) 654-6700
Fax: (409) 835-2115

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing have been forwarded to the following parties by electronic means:

Attorneys for Debtors
Jeffrey Wells oppel
1010 Lamar, Ste. 1420
Houston, TX 77002

U.S. Trustee
Timothy W. O'Neal
110 N. College Ave., Ste. 300
Tyler, TX 75702

Debtors:
Sand Hill Foundation, LLC
P.O. Box 1661
Center, TX 75935

Sand Hill Panola SWD #2
P.O. Box 1661
Center, TX 75935

Sand Hill Panola SWD #5
P.O. Box 1661
Center, TX 75935

Parties Requesting Notice:
Andrew Dylan Wood
P.O. Box 165001
Austin, TX 78716

Patrick Kelley
6101 S. Broadway, Ste. 500
Tyler, TX 75703

John P. Dillman
P.O. Box 3064
Houston, TX 77253

John L. Whitehead
P.O. Box 1127
Natchitoches, LA 71458

Steven C. Haley
P.O. Box 1808
Brenham, TX 77834

Scott A. Richeson
Charles E. Lauffer, Jr.
821 ESE Loop 323, Ste. 530
Tyler, TX 75701

R. Christopher Naylor
4801 Woodway, Ste. 420 W.
Houston, TX 77056

John Mayer
2 Riverway, Ste. 700
Houston, TX 77056

Peter W. Ito
Kristen Jain
Megan Adeyemo
555 Seventeenth St., Ste. 3400
Denver, CO 80202

James W. King
6420 Wellington Place
Beaumont, TX 777

Kathleen N. Reed
Navistar Financial Corp
425 N. Margingale Rd., 18th Fl.
Schaumburg, IL 60173

Jason R. Searcy
P.O. Box 3929
Longview, TX 75606

Howard C. Rubin
Daniel P. Callahan
2100 Ross Ave., Ste. 750
Dallas, TX 75201

Jeffrey M. Hirsch
109 N. Post Oak Ln., Ste. 300
Houston, TX 77024

Omni Industrial Solutions, LLC
c/o Michael A. Crawford
P.O. Box 2471
Baton Rouge, LA 70821

Michael P. Ridulfo
1111 Bagby, 47th Floor
Houston, TX 77002

Michael E. Gazette
100 E. Ferguson St., Ste. 1000
Tyler, TX 75702

And to all parties on the attached List of Creditors Holding 20 Largest Unsecured Claims.

SIGNED AND DONE this 11th day of October 2010.

/s/ David L. Pybus
David L. Pybus

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SAND HILL FOUNDATION, LLC, | § | CASE NO. 10-90209 |
| | § | |
| SAND HILL PANOLA SWD #2 LLC, | § | CASE NO. 10-90210 |
| | § | |
| SAND HILL PANOLA SWD #5, LLC, | § | CASE NO. 10-90211 |
| | § | |
| DEBTORS | § | CHAPTER 11 |
| | § | Joint Administration under #10-90209 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE:
## BASS DRILLING'S OBJECTION TO DEBTOR'S MOTION SEEKING EXTENSION
## OF EXCLUSIVITY FOR TIME TO FILE PLAN AND DISCLOSURE STATEMENT

On behalf of Bass Drilling, I certify that I am more than 18 years of age, and I served a copy of the Objection to Debtor's Motion Seeking Extension of Exclusivity for Time to File Plan and Disclosure Statement

(a)     on this date:          October _11_, 2010
(b)     by this method:     First Class Mail
(c)     on the following parties there were not served electronically by the Court:

Delicia Eaves
216 CR 1005
Center, TX 75935

Larry J. Eaves
216 CR 1005
Center, TX 75935

Mark Morris
Evergreen Tank Solutions
711 W. Bay Area Blvd., Ste. 560
Webster, TX 77598

Heath Nutt
Little Nutt Oil Co.
344 Klondike St.
Carthage, TX 75633

Anthony W. Price
Shreveport Mack Sales, Inc.
P.O. Box 5857
Bossier City, LA 71171

John Coggin
P.O. Box 292
Seabrook, TX 77586

I certify under penalty of perjury that this is true.

Dated: October ⎟⎟ , 2010.

/s/ *David L. Pybus*
David L. Pybus
Texas State Bar. No. 16418900
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Phone: (713) 355-6062
Fax:     (713) 572-9129

ATTORNEY FOR BASS DRILLING