`IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| **SAND HILL FOUNDATION, LLC** | § § | CASE NO. 10-90209 |
| xx-xxx2704 | § | |
| P.O. Box 1661, Center, TX 75935 | § § § | |
| **SAND HILL PANOLA SWD #2 LLC** | § | CASE NO. 10-90210 |
| xx-xxx0136 | § | |
| P.O. Box 837, Center, TX 75935 | § § § | |
| **SAND HILL PANOLA SWD #5 LLC** | § | CASE NO. 10-90211 |
| xx-xxxx0409 | § | |
| P.O. Box 837, Center, TX 75935 | § § § | **JOINTLY ADMINISTERED** **under 10-90209** |
| Debtors | § § | Chapter 11 |

**MOTION PURSUANT TO 11 U.S.C. §364(c) FOR AUTHORITY
TO ENTER INTO REVISED INSURANCE PREMIUM FINANCE
AGREEMENT WITH PREMIUM FINANCING SPECIALISTS, INC.**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SAND HILL FOUNDATION, LLC ("Debtor") and moves, pursuant to 11 U.S.C. §364(c) and Fed. R. Bankr. P. 4001(c), for authority (a) to enter into a Revised Premium Finance Agreement (the "Agreement") with Premium Financing Specialists, Inc. ("PFS"), and (b) to grant PFS a first-priority lien and security interest in all unearned or return premiums and dividends which may become payable under the policies identified in the Agreement, and a lien and security interest in loss payments which reduce the unearned premiums subject only to any mortgagee or loss payee interests, and further requests that any deficiency claim of PFS remaining in the event that PFS must proceed against its collateral be afforded administrative expense priority under 11 U.S.C. §364(c)(1). In support of its Motion, Debtor would show as follows.

1. The Debtor commenced this case by the filing of a voluntary petition under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §101 *et seq.* on May 25, 2010. The Debtor continues to operate its business and manages its property as a debtor-in-possession pursuant to 11 U.S.C. §§1107 and 1108.

2. In the ordinary course of its business, the Debtor must maintain various insurance policies. The Debtor, however, unable to pay in the ordinary course of business pursuant to 11 U.S.C. §364(a) the premiums for the insurance policies identified in the Agreement, and has been unable, after reasonable efforts, to obtain unsecured credit for such payment pursuant to 11 U.S.C. §364(b).

3. The Debtor has engaged in discussions with various companies in the business of providing insurance premium financing, and had determined that PFS offers the most advantageous terms for such financing. The Debtor had previously entered into an agreement with PFS which was approved by the Court on or about February 2, 2011. Since then, the

Debtor has reached a better agreement with PFS and now seeks approval of the new agreement. A copy of the Debtor's proposed Agreement with PFS is attached hereto as Exhibit A.

4. The insurance policies identified in the Agreement are crucial to the operation of the Debtor's business. Thus, the relief sought herein is in the best interest of the estate and its creditors.

5. The Agreement would require the Debtor to make a down payment to PFS in the amount of $171,728.10, and to make monthly payments in the amount of $58,268.07 each over a term of seven (7) months. The annual percentage rate is 5.35% and the total amount financed under the Agreement is $400,698.90.

6. The Agreement grants PFS a lien and security interest in any and all unearned or return premiums and dividends which may become payable under the policies identified in the Agreement. This property is not otherwise subject to a lien. The Debtor requests, an the proposed order submitted herewith (the "Order") provides, that PFS' lien and security interest in such premiums and dividends shall be senior to the rights of the Debtor's estate in this or any subsequent proceeding under the Bankruptcy Code and to the rights of any person claiming a lien or security interest in any assets of the Debtor.

7. The Agreement also assigns to PFS as security any loss payments under the policies which reduce the unearned premiums. The Debtor requests that PFS' lien and security interest in such payments shall be senior to the rights of the Debtor's estate in this or any subsequent proceeding under the Bankruptcy Code, but shall be subject to the interest of any mortgagee or other payees.

8. The Debtor requests, and the order provides, that PFS' liens and security interests shall be deemed duly perfected without further action by PFS.

9. In the event of a default by the Debtor in making the monthly payments under the Agreement, but subject to a 10-day notice and cure period, the Agreement allows PFS to cancel the insurance policies identified in the Agreement and apply to the Debtor's account the unearned or return premiums and dividends and, subject to the rights of mortgagees or other loss payees, any loss payments which reduce the unearned premiums. The Debtor requests that PFS may exercise its right under the Agreement in the event of such default without moving for relief from the automatic stay of 11 U.S.C. §362 and without further order of this Court.

10. The Debtor also requests that any sums that remain due after PFS has exercised its right after default shall be deemed an administrative expense of this estate, entitled to priority over any and all administrative expenses of the kind specified in 11 U.S.C. §503(b) or 507(b), pursuant to 11 U.S.C. §362(c)(1), whether incurred in Debtor's Chapter 11 case or after conversion of the case to a case under Chapter 7 of the Bankruptcy Code.

11. On January 6, 2011, the Debtor served copies of this Motion, the proposed Order and the Agreement, on counsel to the Official Committee of Unsecured Creditors, the Office of the United States Trustee, all parties who have filed appearances and requests for notice in this Chapter 11 case, and all mortgagees and loss payees under the policies identified in the Agreement, all pursuant Fed. R. Bankr. P. §4001(c).

12. PFS is extending financing under the Agreement in good faith within the meaning of 11 U.S.C. §364(e).

WHEREFORE, PREMISES CONSIDERD, the Debtor prays that the Court, after a hearing, enter the Order, and grant such other and further relief as may appear just.

Dated: February 15, 2011.

Respectfully submitted,

OPPEL & GOLDBERG, P.L.L.C.

By: */s/ Jeffrey Wells Oppel*
    Jeffrey Wells Oppel
    TSBN 15291800
1010 Lamar Suite 1420
Houston, TX 77002
(713) 659-9200
(713) 659-9300 (Fax)

ATTORNEYS FOR DEBTORS
SAND HILL FOUNDATION, LLC,
SAND HILL PANOLA SWD #2 LLC
AND SAND HILL PANOLA SWD #5 LLC

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of February, 2011, true and correct copies of the foregoing instrument were served on all parties on all parties on the attached Mailing Matrix by first class US mail, postage prepaid. Service on known Filing Users will automatically be accomplished through Notice of Electronic Filing as contemplated by this Court's Administrative Procedures for Electronic Filing.

                              */s/ Jeffrey Wells Oppel*
                              Jeffrey Wells Oppel

```
Label Matrix for local noticing      1970 Enterprises                      Ben Louis Aderholt
0540-9                                PO Box 837                            Looper Reed & McGraw
Case 10-90209                         Center, TX 75935-0837                 1300 Post Oak Blvd
Eastern District of Texas                                                   Suite 2000
Lufkin                                                                      Houston, TX 77056-8000
Tue Feb 15 12:14:47 CST 2011

Megan M. Adeyemo                      Advantage Fluids, LLC                 Adam Allen
555 17th Street Suite 3400            PO Box 1007                           White-Shaver, P.C.
Denver, CO 80202-3937                 Joaquin, TX 75954-1007                205 W. Locust Street
                                                                            Tyer, TX 75702-5603


Ark Assurance Group                   B.B. Chemicals, Inc.                  Bailes & Company, P.C.
PO Box 7280                           PO Box 69337                          1357 Dominion Plaza
Tyler, TX 75711-7280                  Odessa, TX 79769-0337                 Tyler, TX 75703-1013


David Barber                          Barco Pump                            Barco Pump
OMNI INDUSTRIAL SOLUTIONS, LLC        1130 Burt St.                         2205 S. Riverfront Blvd.
7031 Bryce Canyon Ave.                Shreveport, LA 71107-6608             Dallas, TX 75207-5003
Greenwell Springs, LA 70739-3006


Bass Drilling, Inc.                   Bass Drilling, Inc.                   Bass Drillling, Inc.   (20)
c/o Preis & Roy, PLC                  c/o David Lacy Pybus                  c/o David Lacy Pybus
Attn: David L. Pybus                  Preis & Roy, PLC                      Preis & Roy
24 Greenway Plaza                     24 Greenway Plaza, Suite 2050         601 Poydras, Suite 1700
Suite 2050                            Houston, Texas 77046-2445             New Orleans, LA 70130-6002
Houston, TX 77046-2445

Bearing Service & Supply, Inc.        Bell Supply Co.                       Blue Cross Blue Shield of Texas
PO Box 7497                           PO Box 842263                         PO Box 660049
Shreveport, LA 71137-7497             Dallas, TX 75284-2263                 Dallas, TX 75266-0049


Blue Cross and Blue Shield of Texas   Blue Cross and Blue Shield of Texas   Bobcat Specialties LLC
 a division of Health Care Service Corp. a Div. of Health Care Service Corp. 304-A W. Main St.
c/o Michelle A. Mendez                1001 E. Lookout, Suite A-1.206        Hallsville, TX 75650-5192
Hunton & Williams, LLP                Richardson, TX 75082-4144
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2755

Bramblett Auto Parts                  Bridges Truck Parts                   Burl's Collision Center
PO Box 190                            PO Box 13                             1207 N. Frisco St.
Carthage, TX 75633-0190               Center, TX 75935-0013                 Henderson, TX 75652-6923



CC Forbes Company LP                  CCLA, L.L.C.  (20)                    CCLA, LLC
PO Box 250                            Attn:  Clay Keath                     c/o Kevin Fuller
Alice, TX 78333-0250                  PO Box 3223                           2175 North Street
                                      Lufkin, TX 75903-3223                 Beaumont, TX 77701-1576


CNH Capital America LLC               CNH Capital America LLC               CNH Capital America LLC
c/o Kessler & Collins, P.C.           P.O. Box 3600                         PO Box 0507
2100 Ross Avenue                      Lancaster, PA  17604-3600             Carol Stream, IL 60132-0507
Suite 750
Dallas, TX 75201-6707
```

| | | |
|---|---|---|
| CSJ Enterprises, Inc.<br>c/o D. Brumley<br>13714 Hwy 171<br>Mansfield, LA 71052-5522 | Calhoun Dirt Pits & Drilling Fluids<br>Attn. Riemer Calhoun, Jr.<br>PO Box 819<br>Mansfield, LA 71052-0819 | Daniel P. Callahan<br>Kessler & Collins<br>2100 Ross Avenue, Suite 750<br>Dallas, TX 75201-6707 |
| Car-Tex Trailer Company, Inc.<br>7286 SE Loop<br>Carthage, TX 75633 | Carthage Discount Tire & Brake<br>2003 West Panola<br>Carthage, TX 75633-2368 | Caterpillar Financial Services<br>PO Box 730681<br>Dallas, TX 75373-0681 |
| Caterpillar Financial Services Corporation<br>c/o John Mayer<br>Ross, Banks, May, Cron & Cavin, P.C.<br>2 Riverway #700<br>Houston, TX 77056-1918 | Caterpillar Financial Services Corporation<br>2120 West End Ave.<br>Nashville, TN 37203-5341 | Charles C. Dickerson<br>Attorney at Law<br>325 West Sabine St. #4<br>Carthage, TX 75633-2544 |
| Citizens State Bank<br>Box 380<br>Tenaha, TX 75974-0380 | John Coggin<br>P.O. Box 292<br>Seabrook, TX 77586-0292 | Colonial Pacific Leasing Corporation<br>c/o Susan C. Mathews<br>Adams and Reese LLP<br>1221 McKinney<br>Suite 4400<br>Houston, TX 77010-2023 |
| Commiato's Machne & Repair Service, Inc<br>1141 NE Loop<br>Carthage, TX 75633-1245 | Complete Vacuum & Rental<br>P.O. Box 630<br>Carthage, TX 75633-0630 | Complete Vacuum & Rental, LLP<br>PO Box 360<br>Carthage, TX 75633 |
| Construction Safety Products, Inc.<br>359 Mt. Zion Rd.<br>Shreveport, LA 71106-6565 | Michael A. Crawford<br>Taylor Porter Attorneys At Law<br>PO Box 2471<br>Baton Rouge, LA 70821-2471 | Cudd Pressure Control, Inc. (20)<br>c/o William R. Sudela<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019-2125 |
| Cudd Pumping Services, Inc.<br>William R. Sudela<br>Crady, Jewett & McCulley, LLP<br>2727 Allen Parkway, Suite 1700<br>Houston, TX 77019-2125 | Darby Equipment Company<br>3913 West Marshall Ave.<br>Longview, TX 75604-4914 | Jennifer L. Davis<br>McGlinchey Stafford<br>1001 McKinney<br>Suite 1500<br>Houston, TX 77002-6420 |
| John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Dustin Bailey<br>1008 Southview Circle<br>Center, TX 75935-4537 | ECCO Drilling Company, Ltd.<br>PO Box 24547<br>New Orleans, LA 70184-4547 |
| ETOX<br>3372 SSW Loop 323<br>Tyler, TX 75701-9222 | Earnes Investments LLC/Earnest Trucking<br>3820 W. 70th Street<br>Shreveport, LA 71108-4204 | Earth Management Services, Inc.<br>PO BOX 5926<br>Shreveport, LA 71135-5926 |
| East Mountain Salt Water Disposal, LTD<br>PO Box 464<br>Kilgore, TX 75663-0464 | East Texas Truck Alignment, LLC<br>7382 US 59 S<br>Marshall, TX 75672-4160 | East Texas Welding & Press<br>PO Box 631666<br>Nacogdoches, TX 75963-1666 |

| | | |
|---|---|---|
| Delicia Eaves<br>216 CR 1005<br>Center, TX 75935-6078 | Larry J. Eaves<br>216 CR 1005<br>Center, TX 75935-6078 | Ecco Drilling Company, Ltd.<br>c/o J. Gregg Pritchard, Plan Trustee<br>Northeast Leader, Restructuring - Adviso<br>KPMG, LLP<br>345 Park Avenue<br>New York, NY 10154-0102 |
| Enviro-Vac, Ltd<br>701 N. First Street<br>Suite 109<br>Lufkin, TX 75901-3057 | Enviropave LLC<br>PO Box 762<br>Kilgore, TX 75663-0762 | Evergreen Tank Solutions (20)<br>711 W. Bay Area Blvd., Suite 560<br>Webster, TX 77598-4079 |
| Evergreen Tank Solutions (20)<br>PO Box 840600<br>Dallas, TX 75284-0600 | Evergreen Tank Solutions, Inc.<br>711 W. Bay Area Blvd., Ste. 560<br>Webster, TX 77598-4079 | Excel Ford Lincon Mercury<br>2228 SE Loop<br>Carthage, TX 75633-3160 |
| Express Energy Svcs.<br>Operating, LP<br>PO Box 975401<br>Dallas, TX 75397-5401 | Few Ready Mix Concrete Co.<br>PO Box 1870<br>Jasper, TX 75951-0019 | Fluid Disposal Specialties, Inc.<br>P.O. Box 417<br>Homer, LA 71040-0417 |
| Fluid Disposal Specialties, Inc. (20)<br>PO Box 2850<br>Ruston, LA 71273-2850 | Foley Services, Inc.<br>PO Box 417<br>Glastonbury, CT 06033-0417 | Ford Credit<br>PO Box 650575<br>Dallas, TX 75265-0575 |
| Ford Motor Credit Company LLC<br>c/o R. Christopher Naylor<br>4801 Woodway, Suite 420 West<br>Houston, TX 77056-1884 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 | Frank Hemm Assoc.<br>5375 E. Loop 281 S.<br>Longview, TX 75602-7189 |
| Kevin M. Fuller<br>Henry & Fuller<br>2175 North Street, Suite 100<br>Beaumont, TX 77701-1577 | G&K Services Co. (20)<br>PO Box 2131<br>Coppell, TX 75019-8131 | GE Capital<br>PO Box 536447<br>Atlanta, GA 30353-6447 |
| GE Capital<br>PO Box 740425<br>Atlanta, GA 30374-0425 | Galyean Equipment Co., Inc. (20)<br>PO Box 1686<br>Henderson, TX 75653-1686 | Galyean, L.P.<br>c/o Charles E. Lauffer, Jr.<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 |
| Michael E. Gazette<br>100 East Ferguson Street<br>Ste. 1000<br>Tyler, TX 75702-5706 | General Electric Capital Corporation<br>c/o Susan C. Mathews<br>Adams and Reese LLP<br>1221 McKinney<br>Suite 4400<br>Houston, TX 77010-2023 | General Electric Capital Corporation<br>c/o Susan Mathews<br>Adams and Reese LLP<br>1221 McKinney, Suite 4400<br>Houston, TX 77010-2023 |
| General Shelters of Texas, Ltd.<br>PO Box 2108<br>Center, TX 75935-2108 | Geo Logic Environmental Services<br>P.O. Box 1904<br>Longview, TX 75606-1904 | Geo Logic Environmental Services, LLC<br>PO Box 1904<br>Logview, TX 75606-1904 |

| | | |
|---|---|---|
| George C. Neale<br>1601 Rio Grande Street<br>Suite 335<br>Austin, Texas 78701-1162 | George C. Neale<br>1601 Rio Grande Street, Suite 335<br>Austin, Texas 78701-1162 | George C. Neale<br>c/o Eric E. Wolfgang<br>1601 Rio Grande St., Suite 335<br>Austin, TX 78701-1162 |
| HF Oilfield Supply LLC<br>117 South Shelby St.<br>Carthage, TX 75633-2617 | Steven C. Haley<br>207 East Main<br>P.O. Box 1808<br>Brenham, TX 77834-1808 | Henry & Patricia Twomey<br>432 CR 429<br>Tenaha, TX 75974-6206 |
| Hertz Equipment Rental Corp. (20)<br>Attn. Wendy, Acc. Rep.<br>PO Box 650280<br>Dallas, TX 75265-0280 | Jeffrey M. Hirsch<br>Schlanger Silver Barge & Paine, LLP<br>109 North Post Oak Lane, Suite 300<br>Houston, TX 77024-7755 | Holley Services, Inc.<br>PO Box 190<br>Tenaha, TX 75974-0190 |
| Holt Cat<br>PO Box 207916<br>San Antonio, TX 78220-7916 | Hotsy Equipment<br>7031 JohnCarpenter Fwy.<br>Dallas, TX 75247-5111 | Industrial Oils Unlimited AR, Inc.<br>PO Box 21228<br>Tulsa, OK 74121-1228 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service (20)<br>Ogden, UT84201-0039 | International Mill Service, Inc.<br>3881 Paysphere Circle<br>Chicago, IL 60674-0001 |
| Interstate Billing Service, Inc.<br>P.O. Box 2250<br>Decatur, AL 35609-2250 | Iron Mountain Energy<br>PO Box 1065<br>Tatum, TX 75691-1065 | J. Gregg Pritchard, Plan Trustee (20)<br>c/o Patrick Kelley<br>Ireland, Carrol & Kelley, PC<br>6101 S. Broadway, Suite 500<br>Tyler, TX 75703-4408 |
| J.R. Wilson, Jr.<br>1465 Municipal Ave., Suite 3417<br>Plano, TX 75074-6284 | JCS Fresh Water Facility<br>442 CR 408<br>Carthage, TX 75633-8545 | JCS Services<br>442 CR 408<br>Carthage, TX 75633-8545 |
| Kristin H. Jain<br>Gordon & Rees LLP<br>555 Seventeenth Street,<br>Suite 3400<br>Denver, CO 80202-3937 | Jeff S. Chance<br>517 S. First Street<br>Lufkin, TX 75901-3867 | John P. Gray<br>PO Box 635151<br>Nacodogdoches, TX 75963-5151 |
| Katy Saltwater Disposal Co., Inc.<br>PO Box 5513<br>Longview, TX 75608-5513 | Patrick Kelley<br>Ireland, Carroll, & Kelley<br>6101 South Broadway<br>Suite 500<br>Tyler, TX 75703-4408 | Key Energy Services, Inc.<br>6 Desta Dr., Suite 4400<br>Midland, TX 79705-5540 |
| James W. King<br>Offerman & King, L.L.P.<br>6420 Wellington Place<br>Beaumont, TX 77706-3206 | Komatsu Financial<br>PO Box 9303<br>Chicago, IL 60693-9303 | Komatsu Financial Limited Partnership<br>Looper Reed & McGraw P.C.<br>1300 Post Oak Blvd.<br>Suite 2000<br>Houston, TX 77056-8000 |

| | | |
|---|---|---|
| LA Ash, Inc.<br>2651 E. Napolean St.<br>Sulphur, LA 70663 | LA Ash, Inc.<br>PO Box 1395<br>Lake Charles, LA 70602-1395 | Edward J. Laperouse II<br>Taylor Porter<br>P.O. Box 2471<br>Baton Rouge, LA 70821-2471 |
| Charles E. Lauffer Jr.<br>Ritcheson, Lauffer & Vincent, P.C.<br>Two American Center<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 | Linebarger Goggan Blair & Sampson<br>PO Box 151704<br>Lufkin, TX 75915-1704 | Little Nut Oil Co. (20)<br>344 Klondike St.<br>Carthage, TX 75633-3132 |
| Longview Asphalt<br>PO Box 3661<br>Longview, TX 75606-3661 | Lufkin Rubber & Gasket Co., Inc.<br>PO Box 150356<br>Lufkin, TX 75915-0356 | MG Cleaners<br>PO Box 196<br>Carthage, TX 75633-0196 |
| MKO Trucking<br>388 CR 2450<br>Shelbyville, TX 75973-2704 | Madden Contracting Co., Inc.<br>PO Box 856<br>Minden, LA 71058-0856 | Susan C. Mathews<br>1221 McKinney, Suite 4400<br>Houston, TX 77010-2023 |
| John Mayer<br>Ross Banks May Cron & Cavin P.C.<br>2 Riverway, Suite 700<br>Houston, TX 77056-1918 | Mettaurer, Shires & Adams<br>112 Cora St.<br>Center, TX 75935-3950 | Mi Swaco<br>5750 LA Hwy. 90 East<br>Broussard, LA 70518-5911 |
| Minnie L. Bagley<br>8892 FM 2517<br>Carthage, TX 75633-8056 | Monroe Brothers Paint & Shop, LLP<br>1480 US Hwy. 59 N<br>Carthage, TX 75633-4020 | Mark Morris<br>EVERGREEN TANK SOLUTIONS<br>711 W. Bay Area Blvd.<br>Suite 560<br>Webster, TX 77598-4079 |
| Nacogdoches Memorial Hospital<br>1204 Mount Street<br>Nacogdoches, TX 75961-4061 | Nash Trucking & Construction, Ltd.<br>PO Box 235<br>Woodlawn, TX 75694-0235 | National Pump & Compressor<br>PO Box 21160<br>Beaumont, TX 77720-1160 |
| National Pump & Compressor<br>PO Box 21160<br>Beaumont, Texas 77720-1160 | Navistar Financial Corporation<br>425 N. Martingale Road<br>18th Floor<br>Schaumburg, IL 60173-2219 | Navistar Financial Corporation<br>425 N. Martingale Road, Suite 1800<br>Schaumburg, IL 60173-2216 |
| R. Christopher Naylor<br>Devlin, Naylor & Turbyfill<br>4801 Woodway, Suite 420 West<br>Houston, TX 77056-1884 | Elam A. Nixon<br>BASS DRILLING, INC.<br>c/o Preis & Roy, P.L.C.<br>24 Greenway Plaza, Suite 2050<br>Houston, TX 77046-2445 | Heath Nutt<br>LITTLE NUTT OIL CO.<br>344 Klondike St.<br>Carthage, TX 75633-3132 |
| Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Angela N. Offerman<br>Kane Russell Coleman & Logan PC<br>919 Milam, Suite 2200<br>Houston, TX 77002-5419 | Official Committee of Unsecured Creditors<br>c/o Searcy & Searcy, P.C.<br>PO Box 3929<br>Longview, TX 75606-3929 |

| | | |
|---|---|---|
| Oilfield Innovators Ltd. LLC<br>315 S. College Rd., Suite 285<br>Lafayette, LA 70503-3277 | Omni Industrial Solutions LLC  (20)<br>7031 Bryce Canyon Ave.<br>Creenwell Springs, LA 70739-3006 | Omni Industrial Solutions, LLC<br>c/o Michael A. Crawford<br>TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.<br>P. O. Box 2471<br>Baton Rouge, LA 70821-2471 |
| Jeffrey Wells Oppel<br>Oppel & Goldberg, P.L.L.C.<br>1010 Lamar, Suite 1420<br>Houston, TX 77002-6315 | Panola County<br>c/o Andrew Dylan Wood<br>Ray, Wood & Bonilla<br>P O Box 165001<br>Austin, Tx 78716-5001 | Panola County<br>c/o Andrew Dylan Wood<br>Ray, Wood & Bonilla<br>P. O. Box 165001<br>Austin, Texas 78716-5001 |
| Panola County Tax Office  (20)<br>110 S. Sycamore, Room 211<br>Carthage, TX 75633-2543 | Parish of Desoto<br>205 Franklin St.<br>Mansfield, LA 71052-2044 | Pierce Construction, Inc.<br>PO Box 69<br>Beckville, TX 75631-0069 |
| Power Funding, LLC<br>c/o Scott Ritcheson<br>Ritcheson, Lauffer & Vincent, P.C.<br>821 ESE Loop 323, Ste. 530<br>Tyler, Texas 75701-9779 | Power Funding, Ltd.<br>Scott A. Ritcheson<br>c/o Ritcheson, Lauffer & Vincent<br>821 ESE Loop 323, Ste. 530<br>Tyler, TX 75701-9779 | Power Funding, Ltd.<br>815 Rice Rd.<br>Tyler, TX 75703-3118 |
| Premium FInancing Specialists Corp.<br>PO Box 15089<br>Worcester, MA 01615-0089 | Premium Financing Specialists, Inc.<br>Attn:  Jennifer L. Davis<br>McGlinchey Stafford, PLLC<br>1001 McKinney Street<br>Suite 1500<br>Houston, TX 77002-6420 | Anthony W. Price<br>SHREVEPORT MACK SALES, INC<br>P.O. Box 5857<br>Bossier City, LA 71171-5857 |
| J. Gregg Pritchard<br>c/o Searcy & Searcy, P.C.<br>PO Box 3929<br>Longview, TX 75606-3929 | Pro-Test, Inc.<br>454 FM 1252 E.<br>Kilgore, TX 75662-0003 | David L. Pybus<br>Preis & Roy,  PLC<br>24 Greenway Plaza, Ste 2050<br>Houston, TX 77046-2445 |
| Quill<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | R&S Trucking<br>PO Box 99<br>Tenaha, TX 75974-0099 | Ray, Wood & Bonilla<br>PO Box 164310<br>Austin, TX 78716-4310 |
| Regions Interstate Billing Services<br>Dept 1265<br>PO Box 2153<br>Birmingham, AL 35287-1265 | Michael Ridulfo<br>Kane Russell Coleman and Logan, PC<br>919 Milam, Suite 2200<br>Houston, TX 77002-5419 | Scott Alan Ritcheson<br>Ritcheson, Lauffer & Vincent, P.C<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701-9779 |
| Robco Oilfield Service, Inc.<br>1145 Hwy 527<br>Elm Grove, LA 71051-8004 | Romco Equipment Company<br>PO Box 841496<br>Dallas, TX 75284-1496 | Howard C. Rubin<br>Kessler & Collins<br>2100 Ross Avenue, Suite 750<br>Dallas, TX 75201-6707 |
| Rycar Investments, L.L.C.<br>c/o James W. King<br>6420 Wellington Place<br>Beaumont, TX 77706-3206 | Rycar Investments, L.L.C.<br>c/o R. J. Wilson, Jr.<br>1465 Municipal Ave., Ste. 3417<br>Plano, TX 75074-6284 | Rycar Investments, LLC   (20)<br>620 State Highway 87 North<br>Center, TX 75935-5240 |

| | | |
|---|---|---|
| Sabine Disposal Seervices, LP<br>PO Box 5156<br>Longview, TX 75608-5156 | Sabine State Bank & Trust Co., Inc. (20)<br>PO Box 670<br>Many, LA 71449-0670 | Sabine State Bank and Trust Company<br>Legal Department<br>PO Box 1127<br>Natchitoches, LA 71458-1127 |
| Sabine State Bank and Trust Company<br>Post Office Box 1127<br>Natchitoches, LA 71458-1127 | Safety-Kleen Systems, Inc.<br>PO Box 650509<br>Dallas, TX 75265-0509 | Sand Hill Foundation, LLC<br>P.O. Box 1661<br>Center, TX 75935-1661 |
| Sand Hill Panola #2 Fresh Water Pond<br>PO Box 837<br>Center, TX 75935-0837 | Sand Hill Panola SWD #2<br>PO Box 837<br>Center, TX 75935-0837 | Sand Hill Panola SWD #5<br>PO Box 837<br>Center, TX 75935-0837 |
| Sand Hill SWD #2<br>PO Box 837<br>Center, TX 75935-0837 | Schaeffer Mfg. Co.<br>Dept. 3518<br>PO Box 70100<br>St. Louis, MO 63107 | Scott Construction Equipment Co. (20)<br>PO Box 7827<br>Shreveport, LA 71137-7827 |
| Scott Equipment Company, LLC<br>P. O. Box 4948<br>Monroe, LA 71211-4948 | Scott Equipment Company, LLC<br>c/o Seven C. Haley<br>P.O. Box 1808<br>Brenham, TX 77834-1808 | Scott Equipment Company, LLC f/ka Scott Cont<br>P.O. Box 4948<br>Monroe, LA 71211-4948 |
| Jason R. Searcy<br>P. O. Box 3929<br>Longview, TX 75606-3929 | Shaeffer Mfg. Co.<br>Dept. 3518<br>PO Box 790100<br>St. Louis, MO 63179-0100 | Shelby County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Shelby County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>P.O. Box 3064<br>Houston, Texas 77253-3064 | Shelby County Tax Office<br>Janie Graves - Tax Assessor/Collector<br>200 San Augustine St.<br>Center, TX 75935-3963 | Shelby Regional Medical Center<br>602 Hurst St.<br>Center, TX 75935-3414 |
| Mimi Hastings Shelton<br>Texas Mutual Insurance Co.<br>6210 East Highway 290<br>Austin, TX 78723-1026 | Robert A. Sherman<br>312 West Sabine Street<br>P.O. Box 351<br>Carthage, TX 75633-0351 | Shreveport Mack Sales, Inc.<br>4275 Meadowlane<br>Bossier City, LA 71111-2943 |
| Shreveport Mack Sales, Inc. (20)<br>PO Box 5857<br>Bossier City, LA 71171-5857 | Stallion Production Services, LP<br>Dept. 392<br>PO Box 4346<br>Houston, TX 77210-4346 | Stallion Production Services, LP<br>PO Box 1486<br>Houston, TX 77251-1486 |
| Sun Coast Resources, Inc.<br>PO Box 972321<br>Dallas, TX 75397-0321 | T-3 Energy Services<br>7345 Julie Frances Rd.<br>Shreveport, LA 71129-2901 | Terry Bailey<br>1008 Southview Circle<br>Center, TX 75935-4537 |

| | | |
|---|---|---|
| Texas Mutual Insurance Co.<br>6210 E. Highway 290<br>Austin, TX 78723-1026 | Texas Mutual Insurance Company<br>c/o Mimi Hastings Shelton<br>6210 East Highway 290<br>Austin, TX 78723-1026 | Tidal Tank<br>1497 W. Cardinal Dr.<br>Beaumont, TX 77705-6412 |
| Tifco Industries<br>PO Box 40277<br>Houston, TX 77240-0277 | Tim Ables Trucking Co.<br>PO Box 2947<br>Kilgore, TX 75663-2947 | Transworld Systems Inc.<br>507 Prudential Rd.<br>Horsham, PA 19044-2308 |
| Triple J. Energy Pipe & Supply, LP<br>422 East Sabine St.<br>Carthage, TX 75633-2720 | Triple M. Saltwater Disposal, LP<br>PO Box 759<br>Kilgore, TX 75663-0759 | Henry Twomey<br>432 CR 429<br>Tenaha, TX 75974-6206 |
| Patricia Twomey<br>432 CR 429<br>Tenaha, TX 75974-6206 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Attorney's Office<br>350 Magnolia Ave., Suite 150<br>Beaumont, TX 77701-2254 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United Rentals Northwest Inc<br>525 Julie Rivers Dr #300<br>Sugar Land TX 77478-2847 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 |
| Vengroff, Williams & Assoc.<br>777 Larkfield Rd., Suite 116<br>Commack, NY 11725-3194 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Volvo Financial Services<br>PO Box 7247-0236<br>Philadelphia, PA 19170-0236 |
| Volvo Financial Services<br>a division of VFS US LLC<br>Peter W. Ito, Gordon & Rees<br>555 17th Street, Suite 3400<br>Denver, CO 80202-3937 | Volvo Financial Services<br>a division of VFS US LLC<br>c/o Peter W. Ito, Gordon & Rees<br>555 17th Street, Suite 3400<br>Denver, CO 80202-3937 | Volvo Financial Services, a division of VFS<br>PO Box 26131<br>7025 Albert Pick Road Ste 105<br>Greensboro, NC 27409-9519 |
| Waukesha-Pearce Industries, Inc.<br>c/o Jeffrey M. Hirsch<br>Schlanger, Silver, Barg & Paine, L.L.P.<br>109 North Post Oak Lane, Suite 300<br>Houston, TX 77024-7755 | Waukesha-Pearce Industries, Inc.<br>c/o David G. McMillen<br>P.O. Box 35068<br>Houston, TX 77235-5068 | Waukesha-Pearce Industries, Inc. (20)<br>3106 Hwy 42 N<br>Kilgore, TX 75662 |
| White Shaver, PC (20)<br>205 W. Locust<br>Tyler, TX 75702-5603 | John L. Whitehead<br>PO Box 1127<br>Natchitoches, LA 71458-1127 | Wilson Starter, Generator & Alternator<br>PO Box 1221<br>Minden, LA 71058-1221 |
| Wilson's Culverts, Inc.<br>PO Box 940<br>Elkhart, TX 75839-0940 | Wingfoot Commercial Tire Systems, LLC<br>Attn. Joe E. Riggins<br>PO Box 48<br>Fort Smith, AR 72902-0048 | Andrew Dylan Wood<br>Ray, Wood & Bonilla<br>P. O. Box 165001<br>Austin, TX 78716-5001 |